**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
### District of Delaware

In re  Variant Holding Company, LLC[1]

Debtor

Case No. 14-_____ (___)

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Commercial Group c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 | Commercial Group c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 Tel: 708-372-3819 Email: meopc@aol.com | | Contingent, Unliquidated, Disputed | $8,000,000.00 |
| Snowdon Partners Properties 15, LLC 5729 East Cactus Wren Rd. Paradise Valley, AZ  85253 | Snowdon Partners Properties 15, LLC c/o Russ Krone 5729 East Cactus Wren Rd. Paradise Valley, AZ  85253 Tel: 520-884-9694, X12 Email: russ@thompsonkrone.com | Guaranty | Contingent, Unliquidated | $6,700,000.00 |

---

[1] The last four digits of the Debtor's Federal Tax I.D. Number are (9044). The Debtor's mailing address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ  85715.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Brett Pezzuto c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 | Brett Pezzuto c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 Tel: 708-372-3819 Email: meopc@aol.com | | | $2,000,000.00 |
| Christian Pezzuto c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 | Christian Pezzuto c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 Tel: 708-372-3819 Email: meopc@aol.com | | | $2,000,000.00 |
| Tom Kivisto c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 | Tom Kivisto c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 Tel: 708-372-3819 Email: meopc@aol.com | | | $2,000,000.00 |
| Mark Mills c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 | Mark Mills c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 Tel: 708-372-3819 Email: meopc@aol.com | | | $2,000,000.00 |
| Snowdon FX3 Huddie, LLC 5279 East Cactus Wren Rd. Paradise Valley, AZ 85253 | Snowdon FX3 Huddie, LLC c/o Russ Krone 5279 East Cactus Wren Rd. Paradise Valley, AZ 85253 Tel: 520-884-9694, X12 Email: russ@thompsonkrone.com | Guaranty | Contingent, Unliquidated | $500,000.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Greenberg Traurig LLP<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067 | Greenberg Traurig LLP<br>c/o Howard J. Steinberg, Esq.<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067<br>Tel: 310-586-7700<br>Email: steinbergh@gtlaw.com | Open Account | | $467,419.00 |
| JMBJAB Investments, LLC Retirement Plan<br>5805 N. Campbell Ave.<br>Tucson, AZ 85718 | JMBJAB Investments, LLC Retirement Plan<br>c/o Jeffrey H. Greenberg, Esq.<br>JH Greenberg & Associates, PLLC<br>1200 North El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715<br>Tel: 520-209-1932<br>Email: jeff@jhga-law.com | Guaranty | Contingent, Unliquidated | $455,000.00 |
| JH Greenberg & Associates, PLLC<br>1200 N. El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715 | JH Greenberg & Associates, PLLC<br>c/o Jeffrey H. Greenberg, Esq.<br>1200 North El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715<br>Tel: 520-209-1932<br>Email: jeff@jhga-law.com | Open Account | | $350,000.00 |
| Holy Canoli, LLC<br>6128 San Bernardino<br>Tucson, AZ 85715 | Holy Canoli, LLC<br>6128 San Bernardino<br>Tucson, AZ 85715<br>c/o John Fina<br>Tel: 520-548-6858<br>Email: johnfina70@gmail.com | Note Guaranty | | $244,000.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Yardi Systems | Yardi Systems<br>430 Fairview Ave.<br>Goleta, GA 93117<br>Tel: 805-699-2040 | | Disputed | $44,854.24 |
| United Health Care | United Health Care<br>United Health Care<br>Services, Inc.<br>9900 Bren Rd E<br>Minnetonka, MN 55343<br>Tel: 800-328-5979 | Trade Payable | | $19,815.12 |
| Assimilate Solutions<br>1785 E Skyline Dr, Ste 131<br>Tucson, AZ 85718 | Assimilate Solutions<br>1785 E Skyline Dr, Ste 131<br>Tucson, AZ 85718<br>c/o Nathan Wright, Esq.<br>Tel: 520-512-5444<br>Email:<br>nwright@wrightazlaw.com | Trade Payable | | $13,350.00 |
| Huber CPA PC<br>1861 N. Kolb Rd.<br>Tucson, AZ 85715 | Huber CPA PC<br>c/o Bob Huber<br>1861 N. Kolb Rd.<br>Tucson, AZ 85715<br>Tel: 520-319-0080<br>Email:<br>Robert@hubercpa.com | Open Account | | $10,000.00 |
| Symphony Tower LLC<br>c/o Irvine Company<br>550 Newport Center Dr<br>Newport Beach, CA 92660 | Symphony Tower LLC<br>c/o Irvine Company<br>550 Newport Center Dr<br>Newport Beach, CA 92660<br>Attn: Chip Fedalen Jr, Grp Ex<br>V-P & CFO<br>Tel: 949-720-2000 | Trade Payable | | $8,209.35 |
| Levitzacks CPAs<br>701 B St, Ste. 1300<br>San Diego, CA 92101 | Levitzacks CPAs<br>701 B St, Ste. 1300<br>San Diego, CA 92101<br>Tel: 619-238-1077<br>Fax: 619-969-8614<br>Email: tmd@lz-cpa.com | Trade Payable | | $4,432.50 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Simply Bits, LLC<br>5225 N Sabino Canyon Rd<br>Tucson, AZ 85750 | Simply Bits, LLC<br>5225 N Sabino Canyon Rd<br>Tucson, AZ 85750<br>c/o John Fina<br>Tel: 520-548-6858<br>Email:<br>johnfina70@gmail.com | Trade Payable | | $3,998.30 |
| Login, Inc.<br>4003 E Speedway Blvd, Ste. 119<br>Tucson, AZ  85712 | Login, Inc.<br>4003 E Speedway Blvd, Ste. 119<br>Tucson, AZ  85712<br>Tel: 520-618-3000 | Trade Payable | | $2,830.00 |
| FedEx<br>c/o FedEx Customer Relations<br>3875 Airways, Module H3<br>Dept 4634<br>Memphis TN 38116 | FedEx<br>c/o FedEx Customer Relations<br>3875 Airways, Module H3<br>Dept 4634<br>Memphis TN 38116<br>Tel: 800-463-3339 | Trade Payable | | $1,565.79 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Variant Holding Company, LLC[1] | ) | Case No. 14-____ (___) |
| Debtor. | ) | |
| | ) | |

## CERTIFICATION CONCERNING LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *List of Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___28th___ day of August, 2014 at Tucson, Arizona.

_____
Courtland Gettel, Chief Executive Officer

---

[1] The last four digits of the Debtor's Federal Tax I.D. Number are (9044). The Debtor's mailing address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.