IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| Variant Holding Company, LLC[1] | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor. | ) | |

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "Debtor").

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Variant Manager, LLC<br>1200 N. El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715 | N/A | Non-Member Manager |
| Variant Royalty Group, LP<br>1200 N. El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715 | 1% | Membership Interest |
| Conix WH Holdings, LLC<br>1200 N. El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715 | 12.14% | Membership Interest |
| Conix, Inc.<br>1200 N. El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715 | 1.53% | Membership Interest |
| Numeric Holding Company, LLC<br>1200 N. El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715 | 49.40% | Membership Interest |
| Walker's Dream Trust<br>1200 N. El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715 | 35.93% | Membership Interest |

I, Courtland, the undersigned Chief Executive Officer of Variant Holding Company, LLC, named as the debtor in this case, declare under penalty of perjury that I have

---

[1] The last four digits of the Debtor's Federal Tax I.D. Number are (9044). The Debtor's mailing address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.

DOCS_LA:280228.1 89703-001

read the list of equity security holders and that it is true and correct to the best of my information and belief.

Executed this 28th day of August, 2014 at Tucson, Arizona.

　　　　　　　　　　　　　　　　　　　　Courtland Gettel, Chief Executive Officer