IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | |
| ——————————————————— | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Variant Holding Company, LLC (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SoFA") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors and management, prepared the Schedules and SoFA in accordance with section 521 title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methods, and Disclaimer Regarding the Debtor's Schedules and SoFA (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SoFA. These Global Notes should be referred to, and reviewed in connection with any review of the Schedules and SoFA.[2]

The Schedules and SoFA have been prepared by the Debtor's proposed Chief Restructuring Officer and additional personnel at Development Specialists, Inc. (collectively, the "CRO") and are unaudited and subject to further review and potential adjustment and amendment. In preparing the Schedules and SoFA, the CRO relied on financial data derived from the Debtor's books and records that was available at the time of preparation. The CRO has made reasonable efforts to ensure the accuracy and completeness of such financial information, however, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and SoFA and inadvertent errors, omissions, or inaccuracies may exist. The Debtor reserves all rights to amend or supplement its Schedules and SoFA.

**Reservation of Rights.** The Debtor reserves all rights to amend the SoFA and Schedules in all respects, as may be necessary or appropriate, including, but not limited to, the

---

[1] The last four digits of the Debtor's federal tax identification number are (4044). The Debtor's address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.

[2] These Global Notes are in addition to any specific notes contained in the Debtor's Schedules or SoFA. The fact that the Debtor has prepared a "general note" with respect to any of the Schedules and SoFA and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such general note to any of the Debtor's remaining Schedules and SoFA, as appropriate.

right to dispute or to assert offsets or defenses to any claim reflected on the SoFA and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the SoFA and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other applicable non-bankruptcy laws.

**Description of the Case and "As Is" Information Date.** On August 28, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief with the Bankruptcy Court under Chapter 11 of the Bankruptcy Code. The Debtor is managing its assets as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

Asset information in the Schedules reflects the Debtor's best estimate of asset values as of the Petition Date. No independent valuation has been obtained.

**Basis of Presentation.** The Schedules and SoFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor.

Although these Schedules and SoFA may, at times, incorporate information prepared in accordance with GAAP, the Schedules and SoFA neither purport to represent nor reconcile to financial statements prepared and/or distributed by the Debtor in accordance with GAAP or otherwise. Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not a conclusion that the Debtor was solvent at the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not a conclusion that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Estimates.** To timely close the books and records of the Debtor, the CRO must make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtor reserves all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Confidentiality**. There may be instances within the Schedules and SoFA where names, addresses, or amounts have been left blank. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality, or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts.

**Intercompany Claims.** Any receivables and payables between the Debtor and affiliated entities in this case (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims") are reported as assets on Schedule B or liabilities on Schedule E and Schedule F. These Intercompany Claims include the following components, among others: 1) loans to affiliates, 2) accounts payable and payroll disbursements made out of an affiliate's bank accounts on behalf of the Debtor, 3) centrally billed expenses, 4) corporate expense allocations, and 5) accounting for trade and other intercompany transactions. These

2

Intercompany Claims may or may not result in allowed or enforceable claims by or against the Debtor, and by listing these claims the Debtor is not indicating a conclusion that the Intercompany Claims are enforceable.  Intercompany Claims may also be subject to set off, recoupment, and netting not reflected in the Schedules.  In situations where there is not an enforceable claim, the assets and/or liabilities of the Debtor may be greater or lesser than the amounts stated herein.  All rights to amend intercompany Claims in the Schedules and SoFA are reserved.

The Debtor has listed the intercompany payables as unsecured claims on Schedule F.  The Debtor reserves their rights to later change the characterization, classification, categorization, or designation of such items.

**Insiders.**  For purposes of the Schedules and SoFA, the Debtor defines "insider" pursuant to section 101(31) of the Bankruptcy Code as (a) directors, (b) officers, (c) relatives of directors or officers of the Debtor, (d) any managing agent or managing member of the Debtor and (e) entities under common ownership with the Debtor.  Payments to insiders listed in (a) through (e) above are set forth on Question 3.c. of the SoFA.

Persons listed as "insiders" have been included for informational purposes only.  The Debtor did not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law, including without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Excluded Accruals and GAAP Entries.**  The Debtor's balance sheet reflects liabilities recognized in accordance with GAAP; however, not all such liabilities would result in a claim against the Debtor.  Certain liabilities (including but not limited to certain reserves, deferred charges, and future contractual obligations) have not been included in the Debtor's Schedules.   Other immaterial assets and liabilities may also have been excluded.

**Classification and Claim Descriptions**. Any failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Listing a claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

Moreover, the Debtor reserves all rights to amend the SoFA and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the SoFA and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the SoFA and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes

3

of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

**Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits, allowances or other adjustments.

**Setoffs.** The Debtor may incur setoffs from third parties in its business. Setoffs in the ordinary course can result from various routine transactions, including intercompany transactions, pricing discrepancies, warranty claims and other disputes between the Debtor and third parties. Certain of these constitute normal setoffs consistent with the ordinary course of business in the Debtor's industry. In such instances, such ordinary course setoffs are excluded from the Debtor's responses to Question 13 of the SoFA. The Debtor reserves all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

**Specific Notes.** These general notes are in addition to the specific notes set forth in the related Statement and Schedules hereinafter.

### Note to Schedule "B"

### Schedule B Disclaimer

The Debtor's primary assets are its direct and indirect interests in non-debtor subsidiaries that hold certain real estate. The Debtor has performed no independent review of the value of its assets for purposes of these Schedules, but has provided its estimated view of the net value of such assets to the Debtor. There is an ongoing sale process with respect to the Debtor's subsidiaries' real estate portfolio. The actual value of such assets will be determined through this sale process.

### General Disclaimer

The Debtor has prepared the Schedules and the SoFA based on the information reflected in the Debtor's books and records. However, inasmuch as the Debtor's books and records have not been audited or formally closed and evaluated for proper cut-off on the Petition Date, the Debtor cannot warrant the absolute accuracy of these documents. The Debtor has made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtor will amend and supplement the Schedules and SoFA.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Delaware

In re __Variant Holding Company, LLC_____ ,   Case No. __14-12021 (BLS)_____

                              Debtor

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 221,134,716.27 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 67,783,004.37 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 35,565,157.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 221,134,716.27 | | |
| Total Liabilities | | | | 103,348,162.32 | |

B6A (Official Form 6A) (12/07)

In re __**Variant Holding Company, LLC**_____,    Case No. ___**14-12021 (BLS)**_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Variant Holding Company, LLC**                              Case No.  **14-12021 (BLS)**
,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking Account # xxxxxx9736 located at 150 N. Stone Ave., 2nd Floor, Tucson, AZ 85701** | - | 480.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        480.00
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Variant Holding Company, LLC**
_____,    Case No. ___14-12021 (BLS)___
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Conix Commercial Investments, LLC** | - | |
| | | **100% interest in The Oaks at Stonecrest Apartments, LLC** | - | |
| | | **100% interest in Numeric Commercial Investments, LLC** | - | |
| | | **94% interest in Laser Focus Holding Company, LLC** | - | |
| | | **100% interest in Third Maryland Investments, LLC** | - | |
| | | **Estimated aggregate value of the above membership interests; subject to pending sale process.** | - | **150,000,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Laser Focus Commercial Investments, LLC - intercompany** | - | **54,616,128.00** |
| | | **Royal Numeric FX Investments, LLC - intercompany** | - | **16,236,028.00** |
| | | **Variant Management Company, LLC - intercompany** | - | **282,080.27** |

Sub-Total >   **221,134,236.27**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Variant Holding Company, LLC**                                              Case No.    **14-12021 (BLS)**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Variant Holding Company, LLC**                                                    Case No.    __14-12021 (BLS)__
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >              **0.00**
(Total of this page)

Total >        **221,134,716.27**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Variant Holding Company, LLC** _____,  Case No. __14-12021 (BLS)__
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **Loan Agreement** | | | | | |
| **Beach Point Capital Management LP as Investment Manager 1620 26th Street Suite 6000N Santa Monica, CA 90404-4074** | X | - | | | X | X | X | | |
| | | | | Value $ Est. to exceed amount of claim | | | | **67,783,004.37** | **Unknown** |
| Account No. | | | | | | | | | |
| **BPC VHI, L.P., Beach Point Total Return Master Fund, L.P., Beach Point Distressed Master Fund, L.P.** 1620 26th St., Ste 6000N Santa Monica, CA 90404-4074 | | | | **Additional Party for: Beach Point Capital Management LP** | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Cortland Capital Market Services LLC as Administrative Agent 225 W. Washington Street Suite 2100 Chicago, IL 60606** | | | | **Additional Party for: Beach Point Capital Management LP** | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **O'Melveny & Myers LLP 1999 Avenue of the Stars Attn: Daniel Petrocelli Los Angeles, CA 90067** | | | | **Additional Notice Party for: Beach Point Capital Management LP** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | **67,783,004.37** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **67,783,004.37** | **0.00** |

B6E (Official Form 6E) (4/13)

In re   **Variant Holding Company, LLC**                                      Case No.   **14-12021 (BLS)**
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Variant Holding Company, LLC**                          Case No.    **14-12021 (BLS)**
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Professional Services | | | | |
| **Aron Bronnimann 720 S. Marquette #205 Racine, WI 53403** | | - | | | | | **23,331.00** |
| Account No. | | | Trade Debt | | | | |
| **Bloomberg LP 120 Park Ave. New York, NY 10017** | | - | | | | | **23,055.00** |
| Account No. | | | | | | | |
| **Brett Pezzuto c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172** | | - | | X | X | X | **2,000,000.00** |
| Account No. | | | | | | | |
| **Christian Pezzuto c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172** | | - | | X | X | X | **2,000,000.00** |
| __8__   continuation sheets attached | | | | Subtotal (Total of this page) | | | **4,046,386.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re __Variant Holding Company, LLC_____,       Case No. ___14-12021 (BLS)___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Commercial Group c/o Michael Olsen, Esq. 10 East Irving Park Rd. Roselle, IL 60172 | - | | | | X | X | X | 8,000,000.00 |
| Account No. | | | | Intercompany | | | | |
| Conix Enterprises LLC 1200 N. El Dorado Pl., Ste G-700 Tucson, AZ 85715 | - | | | | | | | 214,922.11 |
| Account No. | | | | Intercompany | | | | |
| Conix Residential Working Capital, LLC 1200 N. El Dorado Pl., Ste G-700 Tucson, AZ 85715 | - | | | | | | | 502,000.00 |
| Account No. | | | | Indemnification | | | | |
| Courtland Gettel 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | - | | | | X | X | | Claim amount will equal deficiency claim of Beach Point, if any. |
| Account No. | | | | Guaranty | | | | |
| First Alvernon Properties, LLC 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | - | | | | X | X | | 1,154,496.09 |

Sheet no. __1___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,871,418.20

B6F (Official Form 6F) (12/07) - Cont.

In re  **Variant Holding Company, LLC**                                                          Case No.  __14-12021 (BLS)__
_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Guaranty | | | | |
| **First Broadway Properties, LLC** **1200 N. El Dorado Pl., Ste. G-700** **Tucson, AZ 85715** | - | | | | X | X | | |
| | | | | | | | | 193,259.75 |
| Account No. | | | | Guaranty | | | | |
| **First Congress Properties, LLC** **1200 N. El Dorado Pl., Ste. G-700** **Tucson, AZ 85715** | - | | | | X | X | | |
| | | | | | | | | 31,852.12 |
| Account No. | | | | Guaranty | | | | |
| **First Delaware Properties, LLC** **1200 N. El Dorado Pl., Ste. G-700** **Tucson, AZ 85715** | - | | | | X | X | | |
| | | | | | | | | 10,884.13 |
| Account No. | | | | Guaranty | | | | |
| **First Douglas Properties, LLC** **1200 N. El Dorado Pl., Ste. G-700** **Tucson, AZ 85715** | - | | | | X | X | | |
| | | | | | | | | 104,927.88 |
| Account No. | | | | Guaranty | | | | |
| **First Euclid Properties, LLC** **1200 N. El Dorado Pl., Ste. G-700** **Tucson, AZ 85715** | - | | | | X | X | | |
| | | | | | | | | 1,030,488.97 |

Sheet no. __2__ of __8__ sheets attached to Schedule of                                    Subtotal                    | 1,371,412.85 |
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Variant Holding Company, LLC_____,                    Case No. __14-12021 (BLS)_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Guaranty | | | | |
| First Fremont Properties, LLC 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | - | | | | X | X | | 96,660.54 |
| Account No. | | | | Guaranty | | | | |
| First Glenn Properties, LLC 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | - | | | | X | X | | 21,360.78 |
| Account No. | | | | Guaranty | | | | |
| First Harrison Properties, LLC 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | - | | | | X | X | | 52,200.59 |
| Account No. | | | | Guaranty | | | | |
| First Ina Properties, LLC 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | - | | | | X | X | | 221,160.10 |
| Account No. | | | | Intercompany | | | | |
| Forward Progress Enterprises LLC 1200 N. El Dorado Pl. Suite G-700 Tucson, AZ 85715 | - | | | | | | | 2,005,774.97 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,397,156.98

B6F (Official Form 6F) (12/07) - Cont.

In re __Variant Holding Company, LLC__ , Case No. __14-12021 (BLS)__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Indemnification | | | | |
| Gettel Children's Trust 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | | - | | X | X | | Claim amount will equal deficiency claim of Beach Point, if any. |
| Account No. | | | Indemnification | | | | |
| Gettel Children's Trust 2 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | | - | | X | X | | Claim amount will equal deficiency claim of Beach Point, if any. |
| Account No. | | | Indemnification | | | | |
| Gettel Children's Trust 3 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | | - | | X | X | | Claim amount will equal deficiency claim of Beach Point, if any. |
| Account No. | | | Professional Services | | | | |
| Greenberg Traurig, LLP 1840 Century Park East, Ste. 1900 Los Angeles, CA 90067 | | - | | | | | 467,419.00 |
| Account No. | | | Note Guaranty | | | | |
| Holy Canoli, LLC 6128 San Bernardino Tucson, AZ 85715 | X | - | | X | X | | 244,000.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

**711,419.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Variant Holding Company, LLC**
                                                                              Case No.   **14-12021 (BLS)**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Professional Services | | | | |
| Huber CPA PC 1861 N. Kolb Rd. Tucson, AZ 85715 | - | | | | | | 10,000.00 |
| Account No. | | | Professional Services | | | | |
| JH Greenberg & Associates, PLLC 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | - | | | X | X | | 350,000.00 |
| Account No. | | | Guaranty | | | | |
| JMBJAB Investments, LLC Retirement Plan 5805 N. Campbell Ave. Tucson, AZ 85718 | - | | | X | X | | 455,000.00 |
| Account No. | | | Professional Services | | | | |
| Kasowitz, Benson Torres LLP 1633 Broadway New York, NY 10019-6799 | - | | | | | | 105,037.17 |
| Account No. | | | Indemnification | | | | |
| Kathryn Nighswander (nee Gettel) 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | - | | | X | X | | Claim amount will equal deficiency claim of Beach Point, if any. |

Sheet no. **5** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**920,037.17**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Variant Holding Company, LLC** _____ ,     Case No.  __14-12021 (BLS)__
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Professional Services | | | | |
| Levitzacks CPAs 701 B St, Ste. 1300 San Diego, CA 92101 | - | | | | | | 16,686.06 |
| Account No. | | | | | | | |
| Mark Mills c/o Michael Olsen, Esq. 103 Esat Irving Park Road Roselle, IL 60172 | - | | | X | X | X | 2,000,000.00 |
| Account No. | | | Guaranty | | | | |
| NC Storage, LLC 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | - | | | X | X | | 1,890,000.00 |
| Account No. | | | Intercompany | | | | |
| Numeric Commercial Investments, LLC 1200 N. El Dorado Pl., Ste G-700 Tucson, AZ 85715 | - | | | | | | 1,407,847.05 |
| Account No. | | | Guaranty | | | | |
| Oak Capital, LLC 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | - | | | X | X | | 1,237,547.82 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **6,552,080.93**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Variant Holding Company, LLC_____,   Case No.   __14-12021 (BLS)__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Guaranty | | | | |
| Snowdon FX3 Huddie, LLC 5279 East Cactus Wren Rd. Russ Krone Scottsdale, AZ 85253 | X | - | | X | X | | 500,000.00 |
| Account No. | | | Guaranty | | | | |
| Snowdon Partners Properties 15, LLC 5729 East Cactus Wren Rd. Russ Krone Scottsdale, AZ 85253 | X | - | | X | X | | 6,700,000.00 |
| Account No. | | | Guaranty | | | | |
| Steel Capital Steel, LLC 1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715 | | - | | X | X | | 128,800.10 |
| Account No. | | | Intercompany | | | | |
| Su Generis WS LLC 1200 N. El Dorado Pl., Ste G-700 Tucson, AZ 85715 | | - | | | | | 331,333.33 |
| Account No. | | | | | | | |
| Tom Kivisto c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 | | - | | X | X | X | 2,000,000.00 |

Sheet no. __7__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   | 9,660,133.43 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Variant Holding Company, LLC**                           Case No.   **14-12021 (BLS)**
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Guaranty | | | | |
| **Town Capital I, LLC** **1200 N. El Dorado Pl., Ste. G-700** **Tucson, AZ 85715** | | - | | X | X | | 35,113.39 |
| Account No. | | | Indemnification | | | | |
| **Walker's Dream Trust** **1200 N. El Dorado Pl., Ste. G-700** **Tucson, AZ 85715** | | - | | X | X | | Claim amount will equal deficiency claim of Beach Point, if any. |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 35,113.39 |
| Total (Report on Summary of Schedules) | | 35,565,157.95 |

B6G (Official Form 6G) (12/07)

.

In re __Variant Holding Company, LLC__ , Case No. __14-12021 (BLS)__

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Variant Holding Company, LLC**                                                     Case No.   **14-12021 (BLS)**
_____,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Conix Commercial, LLC**<br>**1200 N. El Dorado Pl., Ste G-700**<br>**Tucson, AZ 85715** | **Holy Canoli, LLC**<br>**6128 San Bernardino**<br>**Tucson, AZ 85715** |
| **Conix, Inc.**<br>**1200 N. El Dorado Pl., Ste G-700**<br>**Tucson, AZ 85715** | **Beach Point Capital Management LP**<br>**as Investment Manager**<br>**1620 26th Street**<br>**Suite 6000N**<br>**Santa Monica, CA 90404-4074** |
| **Courtland Gettel**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **Beach Point Capital Management LP**<br>**as Investment Manager**<br>**1620 26th Street**<br>**Suite 6000N**<br>**Santa Monica, CA 90404-4074** |
| **Gettel Children's Trust**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **Beach Point Capital Management LP**<br>**as Investment Manager**<br>**1620 26th Street**<br>**Suite 6000N**<br>**Santa Monica, CA 90404-4074** |
| **Gettel Children's Trust 2**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **Beach Point Capital Management LP**<br>**as Investment Manager**<br>**1620 26th Street**<br>**Suite 6000N**<br>**Santa Monica, CA 90404-4074** |
| **Gettel Children's Trust 3**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **Beach Point Capital Management LP**<br>**as Investment Manager**<br>**1620 26th Street**<br>**Suite 6000N**<br>**Santa Monica, CA 90404-4074** |
| **Kathryn Nighswander (nee Gettel)**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **Beach Point Capital Management LP**<br>**as Investment Manager**<br>**1620 26th Street**<br>**Suite 6000N**<br>**Santa Monica, CA 90404-4074** |
| **Numeric Commercial Investments, LLC**<br>**1200 N. El Dorado Pl., Ste G-700**<br>**Tucson, AZ 85715** | **Snowdon FX3 Huddie, LLC**<br>**5279 East Cactus Wren Rd.**<br>**Russ Krone**<br>**Scottsdale, AZ 85253** |

**1**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Variant Holding Company, LLC**                      ,        Case No.    **14-12021 (BLS)**

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Numeric Commercial Investments, LLC**<br>**1200 N. El Dorado Pl., Ste G-700**<br>**Tucson, AZ 85715** | **Snowdon Partners Properties 15, LLC**<br>**5729 East Cactus Wren Rd.**<br>**Russ Krone**<br>**Scottsdale, AZ 85253** |
| **Numeric Holding Company, LLC**<br>**1200 N. El Dorado Pl., Ste G-700**<br>**Tucson, AZ 85715** | **Beach Point Capital Management LP**<br>**as Investment Manager**<br>**1620 26th Street**<br>**Suite 6000N**<br>**Santa Monica, CA 90404-4074** |
| **Walker's Dream Trust**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **Beach Point Capital Management LP**<br>**as Investment Manager**<br>**1620 26th Street**<br>**Suite 6000N**<br>**Santa Monica, CA 90404-4074** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    Variant Holding Company, LLC      Case No.    14-12021 (BLS)

         Debtor(s)      Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___20___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    09/11/14            Signature _____

                                  Bradley D. Sharp
                                  **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.