IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Variant Holding Company, LLC (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SoFA") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors and management, prepared the Schedules and SoFA in accordance with section 521 title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methods, and Disclaimer Regarding the Debtor's Schedules and SoFA (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SoFA. These Global Notes should be referred to, and reviewed in connection with any review of the Schedules and SoFA.[2]

The Schedules and SoFA have been prepared by the Debtor's proposed Chief Restructuring Officer and additional personnel at Development Specialists, Inc. (collectively, the "CRO") and are unaudited and subject to further review and potential adjustment and amendment. In preparing the Schedules and SoFA, the CRO relied on financial data derived from the Debtor's books and records that was available at the time of preparation. The CRO has made reasonable efforts to ensure the accuracy and completeness of such financial information, however, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and SoFA and inadvertent errors, omissions, or inaccuracies may exist. The Debtor reserves all rights to amend or supplement its Schedules and SoFA.

**Reservation of Rights.** The Debtor reserves all rights to amend the SoFA and Schedules in all respects, as may be necessary or appropriate, including, but not limited to, the

---

[1] The last four digits of the Debtor's federal tax identification number are (4044). The Debtor's address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.

[2] These Global Notes are in addition to any specific notes contained in the Debtor's Schedules or SoFA. The fact that the Debtor has prepared a "general note" with respect to any of the Schedules and SoFA and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such general note to any of the Debtor's remaining Schedules and SoFA, as appropriate.

1

right to dispute or to assert offsets or defenses to any claim reflected on the SoFA and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the SoFA and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other applicable non-bankruptcy laws.

**Description of the Case and "As Is" Information Date.**  On August 28, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief with the Bankruptcy Court under Chapter 11 of the Bankruptcy Code.  The Debtor is managing its assets as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

Asset information in the Schedules reflects the Debtor's best estimate of asset values as of the Petition Date.  No independent valuation has been obtained.

**Basis of Presentation.**  The Schedules and SoFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor.

Although these Schedules and SoFA may, at times, incorporate information prepared in accordance with GAAP, the Schedules and SoFA neither purport to represent nor reconcile to financial statements prepared and/or distributed by the Debtor in accordance with GAAP or otherwise.  Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not a conclusion that the Debtor was solvent at the Petition Date.  Likewise, to the extent that the Debtor shows more liabilities than assets, this is not a conclusion that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Estimates.**  To timely close the books and records of the Debtor, the CRO must make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtor reserves all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Confidentiality**.  There may be instances within the Schedules and SoFA where names, addresses, or amounts have been left blank.  Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality, or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts.

**Intercompany Claims.**  Any receivables and payables between the Debtor and affiliated entities in this case (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims") are reported as assets on Schedule B or liabilities on Schedule E and Schedule F.  These Intercompany Claims include the following components, among others:  1) loans to affiliates, 2) accounts payable and payroll disbursements made out of an affiliate's bank accounts on behalf of the Debtor, 3) centrally billed expenses, 4) corporate expense allocations, and 5) accounting for trade and other intercompany transactions.  These

2

Intercompany Claims may or may not result in allowed or enforceable claims by or against the Debtor, and by listing these claims the Debtor is not indicating a conclusion that the Intercompany Claims are enforceable.  Intercompany Claims may also be subject to set off, recoupment, and netting not reflected in the Schedules.  In situations where there is not an enforceable claim, the assets and/or liabilities of the Debtor may be greater or lesser than the amounts stated herein.  All rights to amend intercompany Claims in the Schedules and SoFA are reserved.

 The Debtor has listed the intercompany payables as unsecured claims on Schedule F.  The Debtor reserves their rights to later change the characterization, classification, categorization, or designation of such items.

 **Insiders.**  For purposes of the Schedules and SoFA, the Debtor defines "insider" pursuant to section 101(31) of the Bankruptcy Code as (a) directors, (b) officers, (c) relatives of directors or officers of the Debtor, (d) any managing agent or managing member of the Debtor and (e) entities under common ownership with the Debtor.  Payments to insiders listed in (a) through (e) above are set forth on Question 3.c. of the SoFA.

 Persons listed as "insiders" have been included for informational purposes only.  The Debtor did not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law, including without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

 **Excluded Accruals and GAAP Entries.**  The Debtor's balance sheet reflects liabilities recognized in accordance with GAAP; however, not all such liabilities would result in a claim against the Debtor.  Certain liabilities (including but not limited to certain reserves, deferred charges, and future contractual obligations) have not been included in the Debtor's Schedules.   Other immaterial assets and liabilities may also have been excluded.

 **Classification and Claim Descriptions**.  Any failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

 Listing a claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

 Moreover, the Debtor reserves all rights to amend the SoFA and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the SoFA and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the SoFA and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes

of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

**Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits, allowances or other adjustments.

**Setoffs.** The Debtor may incur setoffs from third parties in its business. Setoffs in the ordinary course can result from various routine transactions, including intercompany transactions, pricing discrepancies, warranty claims and other disputes between the Debtor and third parties. Certain of these constitute normal setoffs consistent with the ordinary course of business in the Debtor's industry. In such instances, such ordinary course setoffs are excluded from the Debtor's responses to Question 13 of the SoFA. The Debtor reserves all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

**Specific Notes.** These general notes are in addition to the specific notes set forth in the related Statement and Schedules hereinafter.

### Note to Schedule "B"

### Schedule B Disclaimer

The Debtor's primary assets are its direct and indirect interests in non-debtor subsidiaries that hold certain real estate. The Debtor has performed no independent review of the value of its assets for purposes of these Schedules, but has provided its estimated view of the net value of such assets to the Debtor. There is an ongoing sale process with respect to the Debtor's subsidiaries' real estate portfolio. The actual value of such assets will be determined through this sale process.

### General Disclaimer

The Debtor has prepared the Schedules and the SoFA based on the information reflected in the Debtor's books and records. However, inasmuch as the Debtor's books and records have not been audited or formally closed and evaluated for proper cut-off on the Petition Date, the Debtor cannot warrant the absolute accuracy of these documents. The Debtor has made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtor will amend and supplement the Schedules and SoFA.

DOCS_DE:195180.2 89703/002

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Delaware

In re  **Variant Holding Company, LLC**                                      Case No.  **14-12021 (BLS)**

                                            Debtor(s)                         Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                          SOURCE

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                          SOURCE

---

B7 (Official Form 7) (04/13)                                                                                                                                            2

___

#### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Schedule 3(b)** | | **$400,183.19** | **$0.00** |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Schedule 3(c)** | | **$433,034.38** | **$0.00** |

___

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BPC VHI, L.P., BEACHPOINT TOTAL RETURN MASTER FUND L.P., BEACH POINT DISTRESSED MASTER FUND, L.P. vs. VARIANT HOLDING COMPANY, LLC, et al. Case No. BC546153** | **Breach of Contract** | **California Superior Court, Los Angeles County** | **Pending** |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

___

[*] *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                       3

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd. 13th Floor Los Angeles, CA 90067** | **07/21/14 - Forward Progress Enterprises, LLC 08/25/14 - Forward Progress Enterprises, LLC** | **$200,000 $100,000** |

B7 (Official Form 7) (04/13)                                                                                                                4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Development Specialists, Inc.**<br>**333 S. Grand Ave.**<br>**Suite 4070**<br>**Los Angeles, CA 90071** | **08/08/14 - Forward Progress**<br>**Enterprises, LLC**<br>**08/25/14 - Forward Progress**<br>**Enterprises, LLC**<br>**08/28/14 - Forward Progress**<br>**Enterprises, LLC** | **$50,000.00**<br>**$31,567.00**<br>**$45,160.42** |

### 10.  Other transfers

None ■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ■
List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/13)                                                                                                                                5

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **7590 Fay Ave. #401**<br>**La Jolla, CA 92037** | **Variant Holding Company, LLC** | **07/15/13 - January 2014** |
| **3915 E. Broadway Blvd.**<br>**Suite 400**<br>**Tucson, AZ 85711** | **Variant Holding Company, LLC** | **07/15/13 - 06/30/14** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                            6

## 18 . Nature, location and name of business

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Conix Commercial Investments, LLC** | 36-4719538 | **1200 N. El Dorado Pl., Ste G-700 Tucson, AZ 85715** | **To hold the equity interests in Conpartments, LLC and Pebble Creek Apartments, LLC.** | 07/15/13 - current |
| **The Oaks at Stonecrest Apartments, LLC** | 90-0945589 | **1200 N. El Dorado Pl., Ste G-700 Tucson, AZ 85715** | **To own the property located at 2795 Evans Mil Road, Lithonia, GA.** | 07/15/13 - current |
| **Numeric Commercial Investments, LLC** | 46-1219443 | **1200 N. El Dorado Pl., Ste G-700 Tucson, AZ 85715** | **To hold the equity interests in FX3 Apartments Investors LLC, Royal Numeric FX Investments LLC, Tucson Mall Suites LLC, Conix Commercial LLC and Spencer Highway Self Storage LLC.** | 07/15/13 - current |
| **Laser Focus Holding Company, LLC** | 38-3899326 | **1200 N. El Dorado Pl., Ste. G-700 Tucson, AZ 85715** | **To hold the equity interests in Laser Focus Commercial Investments, LLC.** | 07/15/13 - current |
| **Third Maryland Investments, LLC** | 45-2592409 | **1200 N. El Dorado Pl. Ste G-700 Tucson, AZ 85715** | **Property was sold; shell corporation with no assets.** | 07/15/13 - current |

None
☐
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **The Oaks at Stonecrest Apartments, LLC** | **1200 N. El Dorado Pl., Ste G-700 Tucson, AZ 85715** |

B7 (Official Form 7) (04/13)                                                                                                                      7

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐
    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Allan Youngberg**<br>**750 B Street, Suite 1820**<br>**San Diego, CA 92101** | **04/29/14 - current** |
| **Chris Lundin**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **07/15/13 - current** |
| **Lauren Mei**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **07/15/13 - 05/10/14** |
| **Chris Morgan**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **07/15/13 - 02/28/14** |
| **Chris Reynolds**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **07/15/13 - 02/28/14** |
| **Lisa Jack**<br>**Redacted**<br>**AZ** | **December 2013 - January 2104** |

None
☐
    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **BDO USA, LLP** | **2201 E Camelback Rd, Ste. 360**<br>**Phoenix, AZ 85016** | **March 2013 - December 2013** |
| **Levitzacks CPAs** | **701 B St, Ste. 1300**<br>**San Diego, CA 92101** | **05/14/14 - current** |

None
☐
    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Allan Youngberg** | **750 B Street, Suite 1820**<br>**San Diego, CA 92101** |
| **Chris Lundin** | **1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** |

None
■
    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                                    8

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Conix WH Holdings, LLC**<br>**1200 N. El Dorado Pl., Ste G-700**<br>**Tucson, AZ 85715** | | **12.14% membership interest** |
| **Numeric Holding Company, LLC**<br>**1200 N. El Dorado Pl., Ste G-700**<br>**Tucson, AZ 85715** | | **49.4% membership interest** |
| **Walker's Dream Trust**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | | **35.93% membership interest** |
| **Conix, Inc.**<br>**1200 N. El Dorado Pl., Ste G-700**<br>**Tucson, AZ 85715** | | **1.53% membership interest** |
| **Variant Royalty Group, LP**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | | **1% membership interest** |
| **Variant Manager, LLC**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **Manager** | |
| **Courtland Gettel**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **Chief Executive Officer** | |
| **Peter Cash Doye**<br>**Conix, Inc.**<br>**1200 N. El Dorado Pl., Ste. G-700**<br>**Tucson, AZ 85715** | **Senior Managing Director** | |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                            9

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                             DATE AND PURPOSE                          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL                             OR DESCRIPTION AND
                                                                                   VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

NAME OF PARENT CORPORATION                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                           TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                      14-12021 (BLS)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    09/11/14                          Signature

                                          Bradley D. Sharp
                                          Chief Restructuring Officer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

3b - 90 Day Payments

| Type | Date | Payee | Address | Amount | Amount Owing |
|------|------|-------|---------|--------|--------------|
| General Journal | 06/03/2014 | American Express | Box 0001, Los Angeles, CA 90096-8000 | $4,473.76 | |
| General Journal | 07/18/2014 | American Express | Box 0001, Los Angeles, CA 90096-8000 | $1,470.55 | |
| General Journal | 08/20/2014 | American Express | Box 0001, Los Angeles, CA 90096-8000 | $4,168.60 | |
| General Journal | 08/27/2014 | American Express | Box 0001, Los Angeles, CA 90096-8000 | $926.91 | |
| | | **American Express** | | **$11,039.82** | **$0.00** |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $781.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 05/30/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |

| Type | Date | Payee | Address | Amount | Amount Owing |
|------|------|-------|---------|--------|--------------|
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/01/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/02/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/02/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/02/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/02/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/02/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/02/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $250.00 | |
| Check | 06/02/2014 | Delaware Corporate Filings | Division of Corporations, PO Box 898, Dover, DE 19903 | $545.00 | |
| | | **Delaware Corporate Filings** | | **$24,576.00** | **$0.00** |
| | | | | | |
| Check | 06/02/2014 | Login, Inc | 4003 E Speedway Blvd, Ste. 119, Tucson, AZ 85712 | $1,490.00 | |
| Check | 06/02/2014 | Login, Inc | 4003 E Speedway Blvd, Ste. 119, Tucson, AZ 85712 | $1,490.00 | |
| Check | 06/11/2014 | Login, Inc | 4003 E Speedway Blvd, Ste. 119, Tucson, AZ 85712 | $1,554.95 | |
| Check | 07/02/2014 | Login, Inc | 4003 E Speedway Blvd, Ste. 119, Tucson, AZ 85712 | $1,415.00 | |
| Check | 08/11/2014 | Login, Inc | 4003 E Speedway Blvd, Ste. 119, Tucson, AZ 85712 | $1,415.00 | |
| | | **Login, Inc** | | **$7,364.95** | **$0.00** |
| | | | | | |
| Bill Pmt -Check | 05/30/2014 | United Health Care | 9900 Bren Rd E, Minnetonka, MN 55343 | $17,485.31 | |
| | | **United Health Care** | | **$17,485.31** | **$0.00** |
| | | | | | |
| General Journal | 07/18/2014 | Variant Management Company, LLC | 1200 N. El Dorado Place Suite G-700, Tucson, AZ 85715 | $229,717.11 | |
| General Journal | 07/29/2014 | Variant Management Company, LLC | 1200 N. El Dorado Place Suite G-700, Tucson, AZ 85715 | $110,000.00 | |
| | | **Variant Management Company, LLC** | | **$339,717.11** | **$0.00** |

3c - One Year Insider Payments

| Type | Date | Payee | Amount | Amount Owing |
|------|------|-------|--------|--------------|

**Payments to or for the benefit of Variant Management Company, LLC**
Address: 1200 N. El Dorado Place Suite G-700, Tucson, AZ 85715

| Type | Date | Payee | Amount | Amount Owing |
|------|------|-------|--------|--------------|
| Check | 03/04/2014 | Kurt Dennis | $531.72 | |
| Check | 03/10/2014 | El Dorado Ventures, LLC | $5,703.75 | |
| Check | 03/10/2014 | El Dorado Ventures, LLC | $5,846.34 | |
| Bill Pmt -Check | 04/02/2014 | Sprint | $1,365.59 | |
| Bill Pmt -Check | 04/04/2014 | Verizon | $2,291.88 | |
| Bill Pmt -Check | 04/07/2014 | United Health Care | $16,956.86 | |
| Bill Pmt -Check | 04/07/2014 | USPS | $305.65 | |
| Check | 04/17/2014 | Efax | $10.00 | |
| Check | 04/17/2014 | Efax | $10.00 | |
| Check | 04/17/2014 | Google | $217.50 | |
| Check | 04/23/2014 | Efax | $10.00 | |
| Check | 04/23/2014 | Efax | $10.00 | |
| Check | 05/08/2014 | Efax | $10.00 | |
| Check | 05/12/2014 | Efax | $10.00 | |
| Check | 05/19/2014 | Microsoflt Online | $475.64 | |
| Bill Pmt -Check | 05/19/2014 | Sprint | $646.10 | |
| Check | 05/21/2014 | Efax | $10.00 | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/29/2014 | Delaware Corporate Filings | $781.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 05/30/2014 | Delaware Corporate Filings | $250.00 * | |
| Bill Pmt -Check | 05/30/2014 | United Health Care | $17,485.31 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |

| Type | Date | Payee | Amount | Amount Owing |
|------|------|-------|--------|--------------|
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/01/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/02/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/02/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/02/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/02/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/02/2014 | Delaware Corporate Filings | $250.00 * | |
| Check | 06/02/2014 | Delaware Corporate Filings | $545.00 * | |
| Check | 06/02/2014 | Login, Inc | $1,490.00 * | |
| Check | 06/02/2014 | Login, Inc | $1,490.00 * | |
| General Journal | 06/03/2014 | American Express | $4,473.76 * | |
| Check | 06/05/2014 | Capitol Services | $120.00 | |
| Check | 06/06/2014 | Microsoflt Online | $475.64 | |
| Check | 06/11/2014 | Login, Inc | $1,554.95 * | |
| Check | 06/13/2014 | Efax | $10.00 | |
| Check | 07/02/2014 | Login, Inc | $1,415.00 * | |
| Check | 07/02/2014 | Paypal | $90.00 | |
| Check | 07/02/2014 | Paypal | $114.99 | |
| Check | 07/02/2014 | Paypal | $299.00 | |
| General Journal | 07/18/2014 | American Express | $1,470.55 * | |

| Type | Date | Payee | Amount | Amount Owing |
|------|------|-------|--------|--------------|
| General Journal | 07/18/2014 | Variant Management Company, LLC | $229,717.11 * | |
| General Journal | 07/29/2014 | Variant Management Company, LLC | $110,000.00 * | |
| Check | 08/07/2014 | Paypal | $29.95 | |
| Check | 08/11/2014 | Login, Inc | $1,415.00 * | |
| Check | 08/11/2014 | Paypal | $20.00 | |
| Check | 08/11/2014 | Paypal | $20.00 | |
| General Journal | 08/20/2014 | American Express | $4,168.60 * | |
| Check | 08/25/2014 | Paypal | $10.58 | |
| General Journal | 08/27/2014 | American Express | $926.91 * | |
| **Total payments to or for the benefit of Variant Management Company, LLC** | | | **$433,034.38** | **$0.00** |

* Included on 3b - 90 Day Payments schedule