IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Variant Holding Company, LLC[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | |

**VERIFIED AMENDED LIST OF CREDITORS/MASTER MAILING MATRIX OF VARIANT HOLDING COMPANY, LLC SUBMITTED IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007 AND LOCAL BANKRUPTCY RULE 1007-2 FOR THE DISTRICT OF DELAWARE**

I, Bradley D. Sharp, Chief Restructuring Officer of Variant Holding Company, LLC, a Delaware limited liability company, named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the attached *Amended List of Creditors/Master Mailing Matrix for Variant Holding Company, LLC* and that it is true and correct to the best of my knowledge, information and belief.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations have been completed with regard to any claims (or possible claims) of any of the parties set forth in the *Amended List of Creditors/Master Mailing Matrix for Variant Holding Company, LLC* or as to any defenses (or possible defenses) thereto. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

---

[1] The last four digits of the Debtor's Federal Tax I.D. Number are (9044). The Debtor's mailing address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2014 at Los Angeles, California.

_____
Bradley D. Sharp
Chief Restructuring Officer