Variant Amended Matrix

BDO
2201 E Camelback Rd, Ste. 360
Phoenix, AZ  85016

Beach Point Capital Management LP
as Investment Manager
1620 26th Street
Suite 6000N
Santa Monica, CA  90404-4074

Beacon Square
PO BOX 50544
Tucson, AZ  85703

Bloomberg LP
120 Park Ave
New York, NY  10017

BPC VHI, L.P.,
Beach Point Total Return Master Fund, L.P.,
Beach Point Distressed Master Fund, L.P.
1620 26th St., Ste 6000N
Santa Monica, CA  90404-4074

Brett Pezzuto
c/o Michael Olsen, Esq.
103 East Irving Park Rd.
Roselle, IL  60172

Christian Pezzuto
c/o Michael Olsen, Esq.
103 East Irving Park Rd.
Roselle, IL  60172

Cohen Financial
Attn: Manny Brown, COO
227 West Monroe St, Ste. 1000
Chicago, IL  60606

Commercial Group
c/o Michael Olsen, Esq.
103 East Irving Park Rd.
Roselle, IL  60172

Commissioner of Revenue Services
Dept of Revenue Services
PO BOX 5089
Hartford, CT  06102-5089

Conix Commercial Investments, LLC
1200 N. El Dorado Pl., Ste G-700
Tucson, AZ  85715

Conix Commercial, LLC
1200 N. El Dorado Pl., Ste G-700
Tucson, AZ  85715

Conix WH Holdings, LLC
1200 N. El Dorado Pl., Ste G-700
Tucson, AZ  85715

Conix, Inc.
1200 N. El Dorado Pl., Ste G-700

Variant Amended Matrix

Tucson, AZ  85715

Conpartments, LLC
1200 N. El Dorado Pl., Ste G-700
Tucson, AZ  85715

Cortland Capital Market Services LLC
as Administrative Agent
225 W. Washington Street
Suite 2100
Chicago, IL  60606

Courtland Gettel
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

Delaware Corporate Filings
Division of Corporations
PO Box 898
Dover, DE  19903

Department of Revenue Services
PO BOX 5089
Hartford, CT  06102-5089

Department of State Health Services
PO BOX 12190
Austin, TX  78711-2190

District Director
Attn:  Insolvency
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

Doral Bank
Attn: Timothy Zietara, Nicolas Santoro
Fancillia LeBlanc
623 5th Ave., 19th Floor
New York, NY  10022

EC Group
4555 E Broadway Blcd
Tucson, AZ  85711

El Dorado Ventures, LLC
c/o Partners Management & Consultants, In
5055 E Broadway , Ste. B100
Tucson, AZ  85711

Ellen W. Slights, Esq.
United States Attorney s Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

First Alvernon Properties, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

First Broadway Properties, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

Variant Amended Matrix

First Congress Properties, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

First Delaware Properties, LC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

First Douglas Properties, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

First Euclid Properties, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

First Fremont Properties, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

First Glenn Properties, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

First Harrison Properties, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

First Ina Properties, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

Franchise Tax Board
Franchise Tax Board
PO BOX 942857
Sacramento, CA 94257-0611

Gettel Children's Trust
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

Gettel Children's Trust 2
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

Gettel Children's Trust 3
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ 85715

Goodwin Proctor LLP
Attn: Ross D. Gillman
620 Eighth Ave.
New York, NY 10018

Greenberg Traurig, LLP
1840 Century Park East, Ste. 1900
Los Angeles, CA 90067

Heatley Capital Corporation
9901 E Valley Ranch Pkwy
Ste. 2020
Irving, TX 75063

Variant Amended Matrix

Hector Millan
750 B St, Ste. 1820
San Diego, CA  92101

Hodel Briggs Winter
8105 Irvine Center Dr
Ste. 1400
Irvine, CA  92618

Holland & Knight
131 South Dearborn St. 30th Flr.
Attn: Joshua Spencer
Chicago, IL  60603

Holy Canoli, LLC
6128 San Bernardino
Tucson, AZ  85715

Huber CPA PC
1861 N. Kolb Rd.
Tucson, AZ  85715

IMH Financial Corporation
Attn: Steve Darak, CFO
7001 North Scottsdale Rd.
Suite 2050
Scottsdale, AZ  85253

Incorp Services
PO BOX 94438
Las Vegas, NV  89193-4438

Integrated Axis
3108 N Swan Rd.
Tucson, AZ  85712

Internal Revenue Service
Attn: Insolvency
1352 Marrows Road, 2nd Floor
Newark, DE  19711-5445

Internal Revenue Service
P.O. BOX 21126
Philadelphia, PA  19114

JH Greenberg & Associates, PLLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

JMBJAB Investments, LLC
Retirement Plan
5805 N. Campbell Ave.
Tucson, AZ  85718

Kathryn Nighswander (nee Gettel)
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

Key Bank National Association
Account Analysis, OH 01-51-0632
4910 Tiedeman Rd
Brooklyn, OH  44144-2309

Variant Amended Matrix

Laser Focus Commerical Investments, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ   85715

Laser Focus Holding Company, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ   85715

Levitzacks CPAs
701 B St, Ste. 1300
San Diego, CA   92101

Mackie Wolf Zeintz & Mann, PC
14160 N Dallas Pkwy. Ste. 900
Dallas, TX   75254

Massachusetts Corporations Division
1 Ashburton Place, Rm3 1717
Boston, MA   2108

Matthew Berry, Esq.
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC   20554

McCarter & English, LLP
4 Gateway Center
100 Mulberry St
Newark, NJ   7102

McVey Law Firm PLLC
Attn: John McVey, Esq.
7001 North Scottsdale Rd.
Suite 2050
Scottsdale, AZ   85253

Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC   20549

Michael B. Mukasey, Esq.
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC   20530-0001

National Corporate Research, LTD
10 E 40th St, 10th Fl
New York, NY   10016

NC Storage, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ   85715

Numeric Commercial Investments, LLC
1200 N. El Dorado Pl., Ste G-700
Tucson, AZ   85715

Numeric Holding Company, LLC

Variant Amended Matrix

1200 N. El Dorado Pl., Ste G-700
Tucson, AZ  85715

NWRA Ventures I, LLC
Attn: Seth B. Lipsey & Ken Partlow
10 Cuttermill Road
Suite 402
Great Neck, NY  11021

Oak Capital, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

O'Melveny & Myers LLP
1999 Avenue of the Stars
Attn: Daniel Petrocelli
Los Angeles, CA  90067

Pacific Coastal Valuation
Kirk Zurbriggen
5638 Taft Ave
La Jolla, CA  92037

Paracorp Inc DBA Parasec
PO Box 160568
Sacramento, CA  95816-0568

Paul Hastings LLP
Attn: Robert J. Wertheimer, Esq.
75 East 55th Street
New York, NY  10022

Pedro Valenzuela
1717 S Mountain Ave
Tucson, AZ  85713

Peter Cash Doye
Conix, Inc.
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

Pinomaki Design
14153 Rio Ct
Poway, CA  92064

Polsinelli PC
Attn: Jonathan Brohaard, Esq.
One E. Washington Street
Suite 1200
Phoenix, AZ  85004

Reed Engineering Group
2424 Stutz Dr. Ste. 400
Dallas, TX  75235

Reis Services LLC
530 Fifth Ave, 5th Fl
New York, NY  10036

Variant Amended Matrix

Royal Multifamily Promote 2013-1, LLC
7001 North Scottsdale Road
Suite 2050
Scottsdale, AZ  85253

Royal Multifamily Ventures 2013-1, LLC
7001 North Scottsdale Rd.
Suite 2050
Scottsdale, AZ  85253

RR Donnelley
PO BOX 100112
Pasadena, CA  91189-0001

Sandridge Apartments, LLC
Key Bank Treasury Services
Attn: Sarah Brainard
127 Public Square
Cleveland, OH  44114

Sasiadek's Information Technology
4841 S Overland Dr.
Tucson, AZ  85714

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC  20220

Snowdon FX3 Huddie, LLC
5279 East Cactus Wren Rd.
Scottsdale, AZ  85253

Snowdon Partners Properties 15, LLC
5729 East Cactus Wren Rd.
Scottsdale, AZ  85253

Standard and Poor's
2542 Collection Center Drive
Chicago, IL  60693

State Bar of Arizona
4201 N 24th St #100
Phoenix, AZ  85016

State of California Franchise Tax Board
PO BOX 942857
Sacramento, CA  94257-0511

State of Delaware
John G Townsend Bldg
401 Federal ST
Dover, DE  19901

Variant Amended Matrix

Steel Capital Steel, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

Steptoe & Johnson, LLP
1330 Connecticut Ave NW
Washington, DC  20036-1795

Steve Canaday
750 B St, Ste. 1820
San Diego, CA  92101

Texas Workforce Commission
2810 E Martin Luther King Jr Blvd
Austin, TX  78702

Thomas Kivisto
c/o Michael Olsen, Esq.
103 East Irving Park Rd.
Roselle, IL  60172

Town Capital I, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

Variant Manager, LLC
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

Variant Royalty Group, LP
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

Walker's Dream Trust
1200 N. El Dorado Pl., Ste. G-700
Tucson, AZ  85715

Wells Fargo Bank
PO Box 6995
Portland, OR  97228-6995

William Moreland
1832 Childress Lane
Allen, TX  75013

Yardi Systems
430 S Fairview Ave
Goleta, CA  93117

Kasowitz, Benson, Torres LLP
1633 Broadway
New York, NY  10019-6799

Aron A. Bronnimann
720 S. Marquette #205
Racine, WI  53403

Jefferies LLC
c/o Richard Ford
Managing Director
520 Madison Avenue
New York, NY  10022