B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   Variant Holding Company, LLC[1]         Case No. 14-12021 (BLS)
           Debtor
                                                 Chapter 11

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Commercial Group c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 | Commercial Group c/o Michael Olsen, Esq. 103 East Irving Park Rd. Roselle, IL 60172 Tel: 708-372-3819 Email: meopc@aol.com | | Contingent, Unliquidated, Disputed | $8,000,000.00 |
| Snowdon Partners Properties 15, LLC 5729 East Cactus Wren Rd. Paradise Valley, AZ 85253 | Snowdon Partners Properties 15, LLC c/o Russ Krone 5729 East Cactus Wren Rd. Paradise Valley, AZ 85253 Tel: 520-884-9694, X12 Email: russ@thompsonkrone.com | Guaranty | Contingent, Unliquidated | $6,700,000.00 |

---

[1] The last four digits of the Debtor's Federal Tax I.D. Number are (9044). The Debtor's mailing address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Brett Pezzuto<br>c/o Michael Olsen, Esq.<br>103 East Irving Park Rd.<br>Roselle, IL 60172 | Brett Pezzuto<br>c/o Michael Olsen, Esq.<br>103 East Irving Park Rd.<br>Roselle, IL 60172<br>Tel: 708-372-3819<br>Email: meopc@aol.com | | Contingent,<br>Unliquidated,<br>Disputed | $2,000,000.00 |
| Christian Pezzuto<br>c/o Michael Olsen, Esq.<br>103 East Irving Park Rd.<br>Roselle, IL 60172 | Christian Pezzuto<br>c/o Michael Olsen, Esq.<br>103 East Irving Park Rd.<br>Roselle, IL 60172<br>Tel: 708-372-3819<br>Email: meopc@aol.com | | Contingent,<br>Unliquidated,<br>Disputed | $2,000,000.00 |
| Tom Kivisto<br>c/o Michael Olsen, Esq.<br>103 East Irving Park Rd.<br>Roselle, IL 60172 | Tom Kivisto<br>c/o Michael Olsen, Esq.<br>103 East Irving Park Rd.<br>Roselle, IL 60172<br>Tel: 708-372-3819<br>Email: meopc@aol.com | | Contingent,<br>Unliquidated,<br>Disputed | $2,000,000.00 |
| Mark Mills<br>c/o Michael Olsen, Esq.<br>103 East Irving Park Rd.<br>Roselle, IL 60172 | Mark Mills<br>c/o Michael Olsen, Esq.<br>103 East Irving Park Rd.<br>Roselle, IL 60172<br>Tel: 708-372-3819<br>Email: meopc@aol.com | | Contingent,<br>Unliquidated,<br>Disputed | $2,000,000.00 |
| Snowdon FX3 Huddie, LLC<br>5279 East Cactus Wren Rd.<br>Paradise Valley, AZ 85253 | Snowdon FX3 Huddie, LLC<br>c/o Russ Krone<br>5279 East Cactus Wren Rd.<br>Paradise Valley, AZ 85253<br>Tel: 520-884-9694, X12<br>Email: russ@thompsonkrone.com | Guaranty | Contingent,<br>Unliquidated | $500,000.00 |

2

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Greenberg Traurig LLP<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067 | Greenberg Traurig LLP<br>c/o Howard J. Steinberg, Esq.<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067<br>Tel: 310-586-7700<br>Email: steinbergh@gtlaw.com | Open Account | | $467,419.00 |
| JMBJAB Investments, LLC Retirement Plan<br>5805 N. Campbell Ave.<br>Tucson, AZ 85718 | JMBJAB Investments, LLC Retirement Plan<br>c/o Jeffrey H. Greenberg, Esq.<br>JH Greenberg & Associates, PLLC<br>1200 North El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715<br>Tel: 520-209-1932<br>Email: jeff@jhga-law.com | Guaranty | Contingent, Unliquidated | $455,000.00 |
| JH Greenberg & Associates, PLLC<br>1200 N. El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715 | JH Greenberg & Associates, PLLC<br>c/o Jeffrey H. Greenberg, Esq.<br>1200 North El Dorado Pl., Ste. G-700<br>Tucson, AZ 85715<br>Tel: 520-209-1932<br>Email: jeff@jhga-law.com | Open Account | | $350,000.00 |
| Holy Canoli, LLC<br>6128 San Bernardino<br>Tucson, AZ 85715 | Holy Canoli, LLC<br>6128 San Bernardino<br>Tucson, AZ 85715<br>c/o John Fina<br>Tel: 520-548-6858<br>Email: johnfina70@gmail.com | Note Guaranty | Contingent, Unliquidated | $244,000.00 |

3

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kasowitz, Benson, Torres LLP<br>1633 Broadway<br>New York, NY 10019-6799 | Kasowitz, Benson, Torres LLP<br>1633 Broadway<br>New York, NY 10019-6799 | Open Account | | $105,037.17 |
| Aron A. Bronnimann<br>720 S. Marquette #205,<br>Racine, WI 53403 | Aron A. Bronnimann<br>720 S. Marquette #205,<br>Racine, WI 53403 | Trade Payable | | $23,331.00 |
| Bloomberg LP<br>120 Park Ave<br>New York, NY 10017 | Bloomberg LP<br>120 Park Ave<br>New York, NY 10017 | Trade Payable | | $23,055.00 |
| Huber CPA PC<br>1861 N. Kolb Rd.<br>Tucson, AZ 85715 | Huber CPA PC<br>c/o Bob Huber<br>1861 N. Kolb Rd.<br>Tucson, AZ 85715<br>Tel: 520-319-0080<br>Email: Robert@hubercpa.com | Open Account | | $10,000.00 |
| Levitzacks CPAs<br>701 B St, Ste. 1300<br>San Diego, CA 92101 | Levitzacks CPAs<br>701 B St, Ste. 1300<br>San Diego, CA 92101<br>Tel: 619-238-1077<br>Fax: 619-969-8614<br>Email: tmd@lz-cpa.com | Trade Payable | | $16,686.06 |