IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | **Related Docket No. 33** |
| | ) | |

## AMENDED[2] NOTICE OF STATUS CONFERENCE ON SEPTEMBER 15, 2014 AT *2:00 P.M.* (ET)

**PLEASE NOTE THAT THE HEARING TIME HAS BEEN CHANGED BY THE COURT FROM 12:00 P.M. (ET) to 2:00 P.M. (ET)**

**PLEASE TAKE NOTICE** that a status conference (the "Status Conference") will be held before the Honorable Judge Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on September 15, 2014 **at 2:00 p.m.** prevailing Eastern time.

**PLEASE TAKE FURTHER NOTICE** that the Court has advised that parties are free to participate telephonically or appear in person. Parties wishing to participate telephonically in the Status Conference must make arrangements to do so through CourtCall by telephone at 888-882-6878 or via the internet at www.courtcall.com. When making the arrangements, please notify CourtCall that the Court has authorized telephonic participation by the parties.

---

[1] The last four digits of the Debtor's federal tax identification number are (4044). The Debtor's address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.
[2] **Amended solely to reflect the hearing start time of 2:00 p.m.**

Dated:  September 15, 2014               PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
_____
Richard M. Pachulski (CA Bar No. 90073)
Maxim B. Litvak (CA Bar No. 215852)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  rpachulski@pszjlaw.com
           mlitvak@pszjlaw.com
           pkeane@pszjlaw.com

Proposed Counsel to the Debtor and Debtor in Possession