IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 50** |
| _____ | ) | |

## AFFIDAVIT OF SERVICE

Diane K. Potts, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 12th day of September, 2014, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**Initial Monthly Operating Report of Variant Holding Company, LLC**

_____
Diane K. Potts

SWORN TO AND SUBSCRIBED
by me on this _15_ day of September, 2014.

_____
Notary Public
My Commission Expires: _____

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

---

[1] The last four digits of the Debtor's federal tax identification number are (4044). The Debtor's address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.

DOCS_DE:195306.1 89703/002

Variant Holding Company 2002 Service List
(First Class Mail)
Case No. 14-12021 (BLS)
Document No. 195077vs2
02 – INTEROFFICE MAIL
05 – HAND DELIVERY
30 – FIRST CLASS MAIL

*(Counsel to the Debtor)*
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**INTEROFFICE MAIL**
*(Counsel to the Debtor)*
Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

**INTEROFFICE MAIL**
*(Counsel to the Debtor)*
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111

**HAND DELIVERY**
*(United States Trustee)*
Mark S. Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**HAND DELIVERY**
*(United States Attorney)*
Beau Biden, Attorney General
Office of the US Attorney General
820 N. French Street
CSOB, 5th Floor
Wilmington, DE  19801

**HAND DELIVERY**
Zillah A. Frampton, Bankruptcy
Administrator
Delaware Division of Revenue
820 N. French Street
CSOB 8th Floor
Wilmington, DE  19801

**HAND DELIVERY**
*(United States Attorney)*
Charles Oberly, Esquire
c/o Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to Cortland Capital market
Services LLC)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE  19801

**FIRST CLASS MAIL**
*(United Stated Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Rm 4400
Washington, DC  20530-0001

**FIRST CLASS MAIL**
Secretary of State
Division of Corporations
Franchise Tax
401 Federal Street
P.O. Box 898
Dover, DE  19903

**FIRST CLASS MAIL**
Delaware Secretary of Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904

**FIRST CLASS MAIL**
U.S. Department of Treasury
Office of General Counsel
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

**FIRST CLASS MAIL**
Office of General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

**FIRST CLASS MAIL**
Daniel M. Hawke, Regional Director
Securities & Exchange Commission
The Mellon Independence Center
701 Market Street
Philadelphia, PA 19106

**FIRST CLASS MAIL**
Andrew Calamari, Regional Director
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281

**FIRST CLASS MAIL**
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
2970 Market Street, Mail Stop 5-030.133
Philadelphia, PA 19101

**FIRST CLASS MAIL**
*(Administrative Agent)*
Cortland Capital Market Services LLC
225 W. Washington Street, Suite 2100
Chicago, IL 60606

**FIRST CLASS MAIL**
*(Counsel to the Defendants: BPC VHI, L.P.,*
*Beach Point total Return Master Fund, L.P.,*
*Beach Point Distressed Master Fund., L.P.,*
*Cortland Capital Market Services LLC)*
Daniel M. Petrocelli, Esquire
James M. Pearl, Esquire
Evan T. Mayor, Esquire
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

**FIRST CLASS MAIL**
*(Counsel to Impact Floors of Texas, L.P.)*
Stephen C. Stapleton, Esquire
George A. (Tony) Mallers, Esquire
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202

**FIRST CLASS MAIL**
*(Counsel to Cortland Capital market*
*Services LLC)*
Barbra R. Parlin, Esquire
Holland & Knight
31 West 52nd Street
New York, NY 10019

**FIRST CLASS MAIL**
*(Top 20)*
Snowdon Partners Properties 15, LLC
c/o Russ Krone
5729 East Cactus Wren Rd.
Paradise Valley, AZ 85253

**FIRST CLASS MAIL**
*(Top 20)*
Snowdon FX3 Huddie, LLC
c/o Russ Krone
5279 East Cactus Wren Rd.
Paradise Valley, AZ 85253

*FIRST CLASS MAIL*
*(Top 20)*
Commercial Group
c/o Michael Olsen, Esquire
103 East Irving Park Rd.
Roselle, IL 60172

*FIRST CLASS MAIL*
*(Top 20)*
Brett Pezzuto
c/o Michael Olsen, Esquire
103 East Irving Park Rd.
Roselle, IL 60172

*FIRST CLASS MAIL*
*(Top 20)*
Christian Pezzuto
c/o Michael Olsen, Esquire
103 East Irving Park Rd.
Roselle, IL 60172

*FIRST CLASS MAIL*
*(Top 20)*
Tom Kivisto
c/o Michael Olsen, Esquire
103 East Irving Park Rd.
Roselle, IL 60172

*FIRST CLASS MAIL*
*(Top 20)*
Mark Mills
c/o Michael Olsen, Esquire
103 East Irving Park Rd.
Roselle, IL 60172

*FIRST CLASS MAIL*
*(Top 20)*
Greenberg Traurig LLP
c/o Howard J. Steinberg, Esquire
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

*FIRST CLASS MAIL*
*(Top 20)*
JMBJAB Investments, LLC Retirement Plan
c/o JH Greenberg & Associates, PLLC
c/o Jeffrey H. Greenberg, Esquire
1200 North El Dorado Pl., Ste. G-700
Tucson, AZ  85715

*FIRST CLASS MAIL*
*(Top 20)*
JH Greenberg & Associates, PLLC
Jeffrey H. Greenberg, Esquire
1200 North El Dorado Pl., Ste. G-700
Tucson, AZ  85715

*FIRST CLASS MAIL*
*(Top 20)*
Holy Canoli, LLC
c/o John Fina
6128 San Bernardino
Tucson, AZ  85715

*FIRST CLASS MAIL*
*(Top 20)*
Assimilate Solutions
c/o Nathan Wright, Esquire
1785 E Skyline Dr, Ste 131
Tucson, AZ 85718

*FIRST CLASS MAIL*
*(Top 20)*
Kasowitz, Benson, Torres LLP
1633 Broadway
New York, NY 10019-6799

*FIRST CLASS MAIL*
*(Top 20)*
Aron Bronnimann
720 S. Marquette #205
Racine, WI 53403

*FIRST CLASS MAIL*
*(Top 20)*
Bloomberg LP
120 Park Ave
New York, NY 10017

**_FIRST CLASS MAIL_**
_(Top 20)_
Huber CPA PC
c/o Bob Huber
1861 N. Kolb Rd.
Tucson, AZ  85715

**_FIRST CLASS MAIL_**
_(Top 20)_
Levitzacks CPAs
701 B St, Ste. 1300
San Diego, CA 92101