IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VARIANT HOLDING COMPANY, LLC,[1] | ) Case No. 14-12021 (BLS) |
| | ) |
| Debtor. | ) **Related Docket Nos. 3, 4, 8, 9 and 51** |
| | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

Lynzy McGee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 15th day of September, 2014, she caused a copy of the following documents to be served upon the attached service list in the manner indicated:

1) **Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date [Docket No. 3];**

2) **Motion of Debtor Pursuant to 11 U.S.C. Sections 105(a) and 363(b) to Employ and Retain Development Specialists, Inc. to Provide a Chief Restructuring Officer, Additional Personnel, and Financial Advisory and Restructuring-Related Services, Nunc Pro Tunc as of the Petition Date [Docket No. 4];**

3) **Notice of Hearing Regarding Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date [Docket No. 8];**

4) **Notice of Hearing Regarding Motion of Debtor Pursuant to 11 U.S.C. Sections 105(a) and 363(b) to Employ and Retain Development Specialists, Inc. to Provide a Chief Restructuring Officer, Additional Personnel, and**

---

[1] The last four digits of the Debtor's federal tax identification number are (4044). The Debtor's address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.

  **Financial Advisory and Restructuring-Related Services, Nunc Pro Tunc as of the Petition Date [Docket No. 9]; and**

5) **Debtor's Preliminary Objection to Motion of the Beach Point Funds for an Order Directing the Appointment of a Chapter 11 Trustee; and Request for Continuance [Docket No. 51].**

_____
Lynzy McGee

SWORN TO AND SUBSCRIBED
by me on this 15th day of September, 2014.

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

Notary Public
My Commission Expires: _____

**Variant – Beach Point Service List (RLF)**
Case No. 14-12021 (BLS)
Document No. 195318
1 – Hand Delivery

**Hand Delivery**
(Counsel to BPC VHI L.P., Beach Point
Total Return Master Fund, L.P. and Beach
Point Distressed Master Fund, L.P.)
Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801