IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | **Related Docket No. 51** |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

Lynzy McGee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 15th day of September, 2014, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

> **Debtor's Preliminary Objection to Motion of the Beach Point Funds for an Order Directing the Appointment of a Chapter 11 Trustee; and Request for Continuance [Docket No. 51].**

Lynzy McGee

SWORN TO AND SUBSCRIBED
by me on this 15th day of September, 2014.

Notary Public
My Commission Expires: _____

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

---

[1] The last four digits of the Debtor's federal tax identification number are (4044).  The Debtor's address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.

**Variant – Beach Point Service List**
Case No. 14-12021 (BLS)
Document No. 195319
2 – Overnight Delivery

**Overnight Delivery**
(Counsel to BPC VHI L.P., Beach Point
Total Return Master Fund, L.P. and Beach
Point Distressed Master Fund, L.P.)
Suzzanne Uhland, Esq.
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

**Overnight Delivery**
(Counsel to BPC VHI L.P., Beach Point
Total Return Master Fund, L.P. and Beach
Point Distressed Master Fund, L.P.)
Daniel M. Petrocelli, Esq.
James M. Pearl, Esq.
Michael S. Neumeister, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067