IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | **Related Docket No. 46** |
| | ) | |

### AFFIDAVIT OF SERVICE

Lynzy McGee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 15th day of September, 2014, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**Notice of Meeting of Creditors and Fixing of Certain Dates [Docket No. 46].**

Lynzy McGee

SWORN TO AND SUBSCRIBED
by me on this 15th day of September, 2014.

Notary Public
My Commission Expires: _My commission expires Nov. 13, 2014_

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE

---

[1] The last four digits of the Debtor's federal tax identification number are (4044). The Debtor's address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.

**Variant – Add'l Matrix Creditors**
Document No. 195323
03 – First Class Mail

**First Class Mail**
Kasowitz, Benson, Torres LLP
1633 Broadway
New York, NY 10019-6799

**First Class Mail**
Aron A. Bronnimann
720 S. Marquette #205
Racine, WI 53403

**First Class Mail**
Jefferies LLC
c/o Richard Ford
Managing Director
520 Madison Avenue
New York, NY 10022

DOCS_DE:195323.1 89703/002