IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VARIANT HOLDING COMPANY, LLC,[1] ) | Case No. 14-12021 (BLS) |
| ) | |
| Debtor. ) | |
| ) | |

## AFFIDAVIT OF SERVICE

Lynzy McGee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 23rd day of September, 2014, she caused a copy of the following document to be served upon the attached service lists in the manner indicated:

> **Debtor's Response to Motion of the Beach Point Funds and Cortland Capital Market Services LLC for an Order (I) Compelling the Debtor or Chapter 11 Trustee to Seek Bankruptcy Court Approval for All Sales of Property Owned by Non-Debtor Subsidiaries, (II) Granting the Beach Point Funds and Cortland Capital Market Services LLC Adequate Protection for the Use of Their Collateral, and (III) Granting Related Relief.**

/s/ Lynzy McGee

SWORN TO AND SUBSCRIBED
by me on this 23rd day of September, 2014.

_____
Notary Public
My Commission Expires

MONICA ANGELA MOLITOR
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 17, 2016

---

[1] The last four digits of the Debtor's federal tax identification number are (4044). The Debtor's address is 1200 North El Dorado Pl., Ste. G-700, Tucson, AZ 85715.

**Variant Holding Company**
Beach Point and Cortland Service List
Case No. 14-12021 (BLS)
Document No. 195431
2 - Hand Delivery
3 - Overnight Delivery

*Hand Delivery*
*(Counsel to Cortland Capital Market Services LLC)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

*Hand Delivery*
*(Counsel to BPC VHI L.P., Beach Point Total Return Master Fund, L.P. and Beach Point Distressed Master Fund, L.P. (Collectively "Beach Point")*
Mark D. Collins, Esquire
Robert J. Stearn, Jr., Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Overnight Delivery*
*(Counsel to Cortland Capital Market Services LLC)*
Barbra R. Parlin, Esquire
Holland & Knight
31 West 52nd Street
New York, NY 10019

*Overnight Delivery*
*(Counsel to the Defendants: BPC VHI, L.P., Beach Point Total Return Master Fund, L.P., Beach Point Distressed Master Fund., L.P., collectively, "Beach Point" and Cortland Capital Market Services LLC)*
Daniel M. Petrocelli, Esquire
James M. Pearl, Esquire
Michael S. Neumeister, Esquire
Evan T. Mayor, Esquire
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*Overnight Delivery*
*(Counsel to BPC VHI L.P., Beach Point Total Return Master Fund, L.P. and Beach Point Distressed Master Fund, L.P. (Collectively "Beach Point")*
Suzzanne Uhland, Esquire
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Variant Holding Company 2002 Service List
(First Class Mail)
Case No. 14-12021 (BLS)
Document No. 195077vs2
02 – INTEROFFICE MAIL
06 – HAND DELIVERY
31 – FIRST CLASS MAIL

*(Counsel to the Debtor)*
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

*INTEROFFICE MAIL*
*(Counsel to the Debtor)*
Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

*INTEROFFICE MAIL*
*(Counsel to the Debtor)*
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111

*HAND DELIVERY*
*(United States Trustee)*
Mark S. Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

*HAND DELIVERY*
*(United States Attorney)*
Beau Biden, Attorney General
Office of the US Attorney General
820 N. French Street
CSOB, 5th Floor
Wilmington, DE  19801

*HAND DELIVERY*
Zillah A. Frampton, Bankruptcy Administrator
Delaware Division of Revenue
820 N. French Street
CSOB 8th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(United States Attorney)*
Charles Oberly, Esquire
c/o Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Cortland Capital market Services LLC)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to BPC VHI L.P., Beach Point Total Return Master Fund, L.P. and Beach Point Distressed Master Fund, L.P. (Collectively "Beach Point")*
Mark D. Collins, Esquire
Robert J. Stearn, Jr., Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

*FIRST CLASS MAIL*
*(United States Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Rm 4400
Washington, DC 20530-0001

*FIRST CLASS MAIL*
Secretary of State
Division of Corporations
Franchise Tax
401 Federal Street
P.O. Box 898
Dover, DE 19903

*FIRST CLASS MAIL*
Delaware Secretary of Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

*FIRST CLASS MAIL*
U.S. Department of Treasury
Office of General Counsel
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

*FIRST CLASS MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

*FIRST CLASS MAIL*
Daniel M. Hawke, Regional Director
Securities & Exchange Commission
The Mellon Independence Center
701 Market Street
Philadelphia, PA 19106

*FIRST CLASS MAIL*
Andrew Calamari, Regional Director
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281

*FIRST CLASS MAIL*
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
2970 Market Street, Mail Stop 5-030.133
Philadelphia, PA 19101

*FIRST CLASS MAIL*
*(Administrative Agent)*
Cortland Capital Market Services LLC
225 W. Washington Street, Suite 2100
Chicago, IL 60606

*FIRST CLASS MAIL*
*(Counsel to the Defendants: BPC VHI, L.P., Beach Point Total Return Master Fund, L.P., Beach Point Distressed Master Fund., L.P., collectively, "Beach Point" and Cortland Capital Market Services LLC)*
Daniel M. Petrocelli, Esquire
James M. Pearl, Esquire
Michael S. Neumeister, Esquire
Evan T. Mayor, Esquire
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*FIRST CLASS MAIL*
*(Counsel to Impact Floors of Texas, L.P.)*
Stephen C. Stapleton, Esquire
George A. (Tony) Mallers, Esquire
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202

**FIRST CLASS MAIL**
*(Counsel to Cortland Capital market Services LLC)*
Barbra R. Parlin, Esquire
Holland & Knight
31 West 52nd Street
New York, NY 10019

**FIRST CLASS MAIL**
*(Counsel to BPC VHI L.P., Beach Point Total Return Master Fund, L.P. and Beach Point Distressed Master Fund, L.P. (Collectively "Beach Point")*
Suzzanne Uhland, Esquire
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

**FIRST CLASS MAIL**
*(Top 20)*
Snowdon Partners Properties 15, LLC
c/o Russ Krone
5939 E. Quartz Mountain Road
Paradise Valley, AZ 85253

**FIRST CLASS MAIL**
*(Top 20)*
Snowdon FX3 Huddie, LLC
c/o Russ Krone
5939 E. Quartz Mountain Road
Paradise Valley, AZ 85253

**FIRST CLASS MAIL**
*(Top 20)*
Commercial Group
c/o Michael Olsen, Esquire
103 East Irving Park Rd.
Roselle, IL 60172

**FIRST CLASS MAIL**
*(Top 20)*
Brett Pezzuto
c/o Michael Olsen, Esquire
103 East Irving Park Rd.
Roselle, IL 60172

**FIRST CLASS MAIL**
*(Top 20)*
Christian Pezzuto
c/o Michael Olsen, Esquire
103 East Irving Park Rd.
Roselle, IL 60172

**FIRST CLASS MAIL**
*(Top 20)*
Tom Kivisto
c/o Michael Olsen, Esquire
103 East Irving Park Rd.
Roselle, IL 60172

**FIRST CLASS MAIL**
*(Top 20)*
Mark Mills
c/o Michael Olsen, Esquire
103 East Irving Park Rd.
Roselle, IL 60172

**FIRST CLASS MAIL**
*(Top 20)*
Greenberg Traurig LLP
c/o Howard J. Steinberg, Esquire
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

**FIRST CLASS MAIL**
*(Top 20)*
JMBJAB Investments, LLC Retirement Plan
c/o JH Greenberg & Associates, PLLC
c/o Jeffrey H. Greenberg, Esquire
1200 North El Dorado Pl., Ste. G-700
Tucson, AZ 85715

**FIRST CLASS MAIL**
*(Top 20)*
JH Greenberg & Associates, PLLC
Jeffrey H. Greenberg, Esquire
1200 North El Dorado Pl., Ste. G-700
Tucson, AZ 85715

*FIRST CLASS MAIL*
*(Top 20)*
Holy Canoli, LLC
c/o John Fina
6128 San Bernardino
Tucson, AZ 85715

*FIRST CLASS MAIL*
*(Top 20)*
Assimilate Solutions
c/o Nathan Wright, Esquire
1785 E Skyline Dr, Ste 131
Tucson, AZ 85718

*FIRST CLASS MAIL*
*(Top 20)*
Kasowitz, Benson, Torres LLP
1633 Broadway
New York, NY 10019-6799

*FIRST CLASS MAIL*
*(Top 20)*
Aron Bronnimann
720 S. Marquette #205
Racine, WI 53403

*FIRST CLASS MAIL*
*(Top 20)*
Bloomberg LP
120 Park Ave
New York, NY 10017

*FIRST CLASS MAIL*
*(Top 20)*
Huber CPA PC
c/o Bob Huber
1861 N. Kolb Rd.
Tucson, AZ 85715

*FIRST CLASS MAIL*
*(Top 20)*
Levitzacks CPAs
701 B St, Ste. 1300
San Diego, CA 92101