IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VARIANT HOLDING COMPANY, LLC, | Case No. 14-12021-BLS |
| Debtor. | RE: Docket Nos. 20 & 51 |
| | **Hearing Date: October 15, 2014** |

## JOINDER OF SNOWDON TO MOTION OF THE BEACH POINT FUNDS FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE AND SUPPLEMENTAL STATEMENT IN SUPPORT

Snowdon Partners Properties 15, LLC ("Snowdon Partners") and Snowdon FX3 Huddie, LLC ("Snowdon FX3" and together with Snowdon Partners, the "Snowdon Entities"), by and through their undersigned counsel, hereby join in the *Motion of the Beach Point Funds for an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 20] (the "Trustee Motion"), filed by BPC VHII, L.P., Beach Point Total Return Master Fund, L.P., and Beach Point Distressed Master Fund, L.P. (collectively, the "Beach Point Funds") and submit the following supplemental statement in support thereof:

1. On or about January 2, 2013, Snowdon Partners, Snowdon FX3, and Numeric Commercial Investments, LLC ("Numeric") executed the operating agreement of FX3 JV, LLC, a Delaware limited liability company ("Operating Agreement"). Numeric was appointed as the Managing Member. *See Operating Agreement*, attached hereto as Exhibit A, §§ 1.29-1.33, 2.1.

2. The parties executed the FX3 JV Operating Agreement to acquire "all of the membership and management interests of Numeric Commercial Investments, LLC and FX3 Apartments Investors, LLC...in Royal Numeric FX Investments, LLC...." *See Operating Agreement,* Ex. A, at § 3.1(a).

3. Under the Operating Agreement, Numeric was to make an initial capital contribution in the amount of $14,411,680.96 in cash; however, Numeric failed to fully fund the contribution. *See* Ex. A, § 8.1. Accordingly, upon information and belief, Numeric made an initial contribution of $7,183,488.96 in cash and later contributed the balance of $7,228,192.00 in the form of a Sponsor Equity Promissory Note in favor of FX3 JV. Snowdon Partners and Snowdon FX3 made initial capital contributions of $6,700,000.00 and $500,000.00, respectively. *Id.* On or about August 23, 2013, Snowdon Partners made an additional capital contribution in the amount of $1,000,000.00.

4. On the Petition Date, Courtland Gettle signed a verification and submitted a declaration in support of the petition. Attached to the declaration is an organizational chart, however, the chart omits all references to FX3 JV, LLC.

5. Beach Point admits to receiving proceeds of the sale of certain of the FX3 portfolio properties. Under the Operating Agreement, however, proceeds of the sale of FX3 portfolio properties were to be paid to the Snowdon Entities through FX3 JV. *See Operating Agreement,* Ex. A, § 9.1. Therefore, due to the misappropriation of the FX3 portfolio proceeds, the Snowdon Entities believe that the appointment of a chapter 11 trustee is appropriate and necessary to prevent future misappropriations and to steer this case to a successful conclusion.

6. Should the Court appoint a chapter 11 trustee, the Snowdon Entities will work with the trustee to liquidate the FX3 portfolio in order that the trustee receives a distribution, if appropriate, on account of the Debtor's interest in the upstream entities through the FX3 JV Operating Agreement.[1]

---

[1] Principals in and Affiliates of Numeric formed Variant Holding Company, LLC ("Variant" or "Debtor"), and transferred their interest in Numeric to be held by Debtor. *See* Declaration of Brian Himot, Ex. D to Trustee Motion, ¶ 7. FX3 JV's Operating Agreement defines Affiliates of Numeric to include: Gettel Children's Trust; Gettel Children's Trust 2; Gettel Children's Trust 3; Walker's Dream Trust; Worldwide Financial Investments, LLC;

WHEREFORE, for the foregoing reasons, Snowdon Entities respectfully request that the Court grant the Trustee Motion by appointing a chapter 11 trustee for the Debtor, and requests that the Court grant such other and further relief as the Court deems just and proper.

Dated: September 30, 2014

By: /s/ Stuart M. Brown
    Stuart M. Brown (DE 4050)
    DLA PIPER LLP (US)
    1201 North Market Street, Suite 2100
    Wilmington, DE  19801-1147
    Telephone:  (302) 468-5700
    Facsimile:   (302) 394-2341

    -and-

    Russell E. Krone
    THOMPSON KRONE, P.L.C.
    4601 East Ft. Lowell Road, Suite 109
    Tucson, Arizona 85712
    Telephone:  (520) 884-9694, Ext. 12
    Facsimile:   (520) 323-4613

    *Attorneys for Snowdon Partners Properties 15, LLC and Snowdon FX3 Huddie, LLC*

---

Numeric Holding Company, LLC; Conix, Inc.; Conix WH Holdings, LLC; Standard Holding Company, LLC; Forward Progress Enterprises, LLC; Variant Manager, LLC; Variant Royalty Group, LP; and Court Gettel, individually (collectively the "Contributing Parties"). *See* Ex. A, § 1.7; *see also* Ex. A to First Day Declaration.