**<u>Exhibit G</u>**

**<u>Amended Pledge Agreement</u>**

## AMENDMENT, RATIFICATION AND REAFFIRMATION
## OF PLEDGE AND SECURITY AGREEMENT

**DATE:**                    **October 11, 2013**

**DEBTOR:**             **ROYAL NUMERIC FX INVESTMENTS, LLC,**
a Delaware limited liability company
3915 East Broadway Boulevard, Suite 400
Tucson, Arizona 85711

**SECURED PARTIES:**     **IMH FINANCIAL CORPORATION**
a Delaware corporation
7001 North Scottsdale Road, Suite 2050
Scottsdale, Arizona 85253

                                     **ROYAL MULTIFAMILY VENTURES 2013-1, LLC,**
a Delaware limited liability company
7001 North Scottsdale Road, Suite 2050
Scottsdale, Arizona 85253

                                     **ROYAL MULTIFAMILY PROMOTE 2013-1, LLC,**
a Delaware limited liability company
7001 North Scottsdale Road, Suite 2050
Scottsdale, Arizona 85253

This **AMENDMENT, RATIFICATION AND REAFFIRMATION PLEDGE AND SECURITY AGREEMENT,** dated as of September 30, 2013, (this "Ratification"), is executed by ROYAL NUMERIC FX INVESTMENTS, LLC, a Delaware limited liability company (alternatively, "Debtor" or "Company") in favor of IMH FINANCIAL CORPORATION, a Delaware corporation ("IMHFC"), ROYAL MULTIFAMILY VENTURES 2013-1, LLC, a Delaware limited liability company ("Preferred Member") and ROYAL MULTIFAMILY PROMOTE 2013-1, LLC, a Delaware limited liability company ("Guarantor Member," together with IMHFC and Preferred Member, each a "Secured Party" and collectively, "Secured Parties").

## RECITALS

On February 28, 2013, Preferred Member became a member of and made a capital contribution to the Company in the amount of FIFTEEN MILLION AND NO/100 DOLLARS ($15,000,0000.00) (the "Contribution") and Guarantor Member became a member of the Company entitled to Guarantor Member Distributions all as more fully set forth in the Operating Agreement. The membership interests of the Secured Parties in the Company and their rights thereunder are evidenced by and governed by (i) the Certificate of Formation for the Company, the Limited Liability Company Agreement of the Company (the "Operating Agreement"), (ii) the Pledge and Security Agreement dated as of February 28, 2013 hereof ("Pledge by Members")

1

Amendment, Ratification and Reaffirmation
of Pledge and Security Agreement

by Numeric Commercial Investments, LLC, a Delaware limited liability company ("Senior Common Member") and FX3 Investors, LLC, a Delaware limited liability company ("Junior Common Member" together with Senior Common Member, collectively, "Sponsor Members") in favor of the Secured Parties, (iii) the Preferred Recourse Guaranty dated as of February 28, 2013 (the "Existing Preferred Recourse Guaranty") by Sponsor Members, Numeric Holding Company, LLC, a Delaware limited liability company ("Numeric"), Courtland Gettel and Kathryn Rose Gettel (collectively, the "Gettels") and the Gettel Children's Trust 2 u/a/d November 8, 2012 (the "Trust," together with the Sponsor Members, Numeric and the Gettels, collectively, the "Guarantors"), as amended by that certain Amended and Reaffirmation of Preferred Recourse Guaranty dated as of the date hereof by Guarantors (the "Reaffirmation"; the Reaffirmation together with Existing Preferred Recourse Guaranty, collectively, the "Preferred Recourse Guaranty"), and (iv) the Payment Guaranty dated as February 28, 2013 by the Gettels in favor of the Company.

In connection with Preferred Member making the Contribution, Debtor agreed to pledge its interests in the Property Owners pursuant to that certain Pledge and Security Agreement dated as of February 28, 2013 (the "Existing Pledge"; as modified hereby, the "Pledge") by Debtor in favor of Secured Parties.

Preferred Member and Guarantor Member (Preferred Member and Guarantor Member, collectively, "Sellers") agreed to sell their membership interests in the Company to Numeric Commercial Investments, LLC, a Delaware limited liability company ("Buyer") pursuant to that certain Membership Interest Purchase Agreement dated as of September 30, 2013 (the "Sale Agreement").

As condition of closing under the Sale Agreement, Sellers have required Debtor to ratify and reaffirm their obligations under the Pledge.

## AGREEMENT

NOW, THEREFORE, in consideration of the above recitals and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, Debtor hereby agrees with each Secured Party as follows:

1. Definitions and Interpretation. Unless otherwise defined herein, all other capitalized terms used herein and defined in the Operating Agreement shall have the respective meanings given to those terms in the Operating Agreement, and all terms defined in the Delaware Uniform Commercial Code (the "UCC") shall have the respective meanings given to those terms in the UCC.

2. Amendments.

   a. Section 3 is hereby amended to delete Section 3(a) in its entirety and replace it with the following in its place and stead:

2

Amendment, Ratification and Reaffirmation
of Pledge and Security Agreement

**INITIALS:** 
46242457.1

"all present and future liabilities and obligations of Debtor and any member of Sponsor Group to any Secured Party under this Pledge, the Preferred Recourse Guaranty (as amended), the Operating Agreement and the Sale Agreement (each of the foregoing a "Transaction Document" and collectively, the "Transaction Documents")."

b. Section 7 is hereby amended to add the following provision:

"e.      the occurrence of any default or breach: (x) by Buyer beyond any applicable notice and cure period under the Sale Agreement, (y) by any person under Section 4.12 and/or Section 4.13 of the Operating Agreement and/or (z) by any Guarantor under the Preferred Recourse Guaranty."

c.  Section 18 is hereby amended to delete Section 18(l) and Section 18(m) in their entirety and to replace them with the following in their place and stead

"l.      Termination of Pledge.  Subject to the limitation set forth in subsection m below, upon satisfaction or payment in full of all Obligations with respect to the Secured Parties, the security interest in the Collateral created by this Pledge shall terminate and thereafter, the Secured Party, if any, shall promptly return or release to Debtor all or any then remaining portion the Collateral.

m.      Directing Secured Party.  For the purposes of exercising rights and privileges of the Secured Parties hereunder, IMHFC shall be the designated agent ("Directing Secured Party") for the purpose of taking any action hereunder until such earlier time as (i) the Guaranty Release shall be received by IMHFC pursuant to the Sale Agreement; and (ii) the Mortgage Loan has been Paid in Full pursuant to the Sale Agreement.  All actions required hereunder to be taken by Secured Parties hereunder may be taken singularly by the Directing Secured Party."

3.    Ratification.    Debtor hereby ratifies and acknowledges the Pledge, and agrees that, after giving effect to sale of the Purchased Interests (as defined in the Sale Agreement), the Pledge remains in full force and effect, as amended hereby.  Debtor hereby ratifies and reaffirms the obligations, waivers, indemnities and covenants made under the Pledge, as amended hereby, giving effect to the Sale Agreement.

4.    Representations Remade.  Debtor hereby remakes as of the date hereof all of the representations and warranties of Debtor set forth in the Pledge, which representations and warranties shall be given as of the date hereof and shall survive the execution and delivery of this Ratification and the closing under the Sale Agreement.

3                    Amendment, Ratification and Reaffirmation
of Pledge and Security Agreement

**INITIALS:** 
46242457.1

5.   Representations and Warranties.  Debtor hereby represents and warrants to the
     Secured Partied as follows (which representations and warranties shall be given as of
     the date hereof and shall survive the execution and delivery of this Ratification and
     closing under the Sale Agreement):

     a.  This Ratification constitutes the legal, valid and binding
         obligation of Debtor, enforceable against Debtor in accordance
         with its terms.

     b.  Neither the execution and delivery of this Ratification, nor
         consummation of any of the transactions herein contemplated nor
         compliance with the terms and provisions hereof, will contravene
         any provision of law, statute, rule or regulation to which Debtor
         is subject or any judgment, decree, license, order or permit
         applicable to Debtor, or will conflict or be inconsistent with, or
         will result in any breach of any of the terms of the covenants,
         conditions or provisions of, or constitute a default under, or
         result in the creation or imposition of a lien (except liens in favor
         of Secured Parties) upon any of the property or assets of Debtor
         pursuant to the terms of any indenture, mortgage, deed of trust,
         agreement or other instrument to which Debtor is a party or by
         which Debtor may be bound, or to which Debtor may be subject.

     c.  All consents, approvals, authorizations or orders of any Person,
         court or Governmental Entity or any third party that are required
         in connection with the execution and delivery by Debtor of this
         Ratification or to consummate the transactions contemplated
         hereby have been obtained and are in full force and effect.
         Debtor is not in default with respect to any law, statute, rule,
         regulation, judgment, license, permit, order, writ, injunction or
         decree of any court or Governmental Entity applicable to Debtor.

     d.  Debtor has no offsets, defenses or counterclaims against its
         obligations under the Pledge, any and all such offsets, defenses
         and counterclaims, if any, being waived by Debtor.  There are no
         defaults by Debtor of any of its obligations under the Pledge.

     e.  Debtor is not in the process of or is in negotiations to or has
         otherwise solicited any offer to assign, Transfer or otherwise sell
         any Property, any Membership Interest, any Property Owner, any
         interest in any Property Owner or any direct or indirect interest in
         any of the foregoing to a Person which is not a member of
         Sponsor Group for consideration which, aggregated among all of
         the Properties, exceeds One Hundred Seventy Million Dollars
         ($170,000,000).

4                    Amendment, Ratification and Reaffirmation
                        of Pledge and Security Agreement

INITIALS:  _O7_
46242457.1

6.    <u>Successors and Assigns</u>.  This Ratification shall be binding upon Debtor and its heirs, legatees, personal representatives, successors and assigns, and shall inure to the benefit of and shall be enforceable by each Secured Party and its respective successors and assigns.

7.    <u>Applicable Law and Consent to Jurisdiction</u>.    This Ratification shall be governed by, and construed in accordance with, the substantive laws of the State of Delaware.

8.    <u>Counterparts</u>.    This Ratification may be executed in any number of counterparts and by the different parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all such counterparts together shall constitute one and the same instrument. Confirmation of execution by electronic transmission of a facsimile signature or as an attachment to an electronic mail (e-mail) message in "pdf", image or a similar format shall have the same effect as an original signature.  Any signature delivered by facsimile transmission or e-mail will be effective to bind a party to the same extent as an original signature and may be admitted in evidence, and will fully bind the party and person making such signature.

[Remainder of page intentionally left blank.]

5                    Amendment, Ratification and Reaffirmation
                       of Pledge and Security Agreement

**INITIALS:**
46242457.1

IN WITNESS WHEREOF, Debtor has caused this Ratification to be executed as of the day and year first above written.

**DEBTOR:**

**ROYAL NUMERIC FX INVESTMENTS, LLC,**
a Delaware limited liability company

By:    FX3 Apartments Investors, LLC,
        a Delaware limited liability company
Its:    Manager

       By:    Numeric Commercial Investments, LLC,
             a Delaware limited liability company
       Its:    Managing Member

              By:    Variant Holding Company, LLC,
                   a Delaware limited liability company
              Its:    Managing Member

                    By:    Variant Manager, LLC,
                         a Delaware limited liability company
                    Its:    Manager

                         By:    Gettel Children's Trust 3
                         Its:    Sole Member

                         By:   _____
                               Courtland Gettel
                         Its:    Trustee

S-1            Amendment, Ratification and Reaffirmation
                             of Pledge and Security Agreement

**INITIALS:** _____

## ACKNOWLEDGMENT:

STATE OF ARIZONA                    )
                                    ) ss
COUNTY OF PIMA                      )

On _October 11_____, 2013, before me, _Shirley Welch_____, a Notary Public in and for the State of Arizona, personally appeared COURTLAND GETTEL, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which COURTLAND GETTEL acted, executed the instrument.


_Shirley Welch_____
Signature

My Commission Expires: _8/31/15_

NOTARY PUBLIC
STATE OF ARIZONA
Pima County
SHIRLEY WELCH
My Commission Expires 08/31/15

(Space above for official notarial seal)

Pledge and Security Agreement
Dated:  October 11, 2013
Pages: 7 including signature and acknowledgment pages
Other Signers:  None

S-2

Amendment, Ratification and Reaffirmation
of Pledge and Security Agreement

INITIALS: