IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: Docket No. 255** |
| | ) | |

### ORDER:  (I) AUTHORIZING DEBTOR TO CAUSE ITS NON-DEBTOR SUBSIDIARIES TO SELL THEIR ASSETS PURSUANT TO THE PORTFOLIO PURCHASE AND SALE AGREEMENTS; AND (II) AUTHORIZING DEBTOR TO TAKE ALL NECESSARY AND APPROPRIATE ACTIONS IN CONNECTION WITH THE FOREGOING

Upon consideration of the motion (the "Motion")[2] of Variant Holding Company, LLC,

the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, for

entry of an order pursuant to sections 105 and 363 of the Bankruptcy Code: (i) authorizing the

Debtor to cause: (i) its applicable non-debtor subsidiaries (collectively, the "Sellers") to sell their

assets pursuant to the terms of the PSAs, and (ii) authorizing the Debtor to take all necessary and

appropriate actions that it determines are reasonably necessary in connection therewith; and (iii)

granting related relief; and this Court having jurisdiction to consider the Motion and the relief

requested therein in accordance with 28 U.S.C. §§ 157(b)(2) and 1334; and consideration of the

Motion, the relief requested therein, and the responses thereto being a core proceeding in

accordance with 28 U.S.C. § 157(b); and the appearance of all interested parties and all

responses and objections, if any, to the Motion having been duly noted in the record of the

hearing on the Motion (the "Hearing"); and upon the record of the Hearing, and all other

---

[1]  The last four digits of the Debtor's federal tax identification number are (4044).  The Debtor's service address is: Variant Holding Company, LLC, c/o Development Specialists, Inc., 333 S. Grand Ave, Suite 4070, Los Angeles, CA 90071-1544.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

pleadings and proceedings in this case, including the Motion; and it appearing that the relief

requested in the Motion is in the best interests of the Debtor, its estate, and creditors and all other

parties in interest; and it further appearing that the relief requested in the Motion is based upon

good and sufficient business reasons; and after due deliberation and sufficient cause appearing

therefor;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED in its entirety.

2.     All objections and responses to the Motion, to the extent not withdrawn,

waived, or settled, are overruled and denied.

3.     Pursuant to sections 105 and 363(b) of the Bankruptcy Code, the Debtor is

authorized to cause each of the Sellers to sell their respective assets to the Buyer in accordance

with the terms of the PSAs.

4.     Pursuant to sections 105 and 363(b) of the Bankruptcy Code, the Debtor is

authorized to take any and all reasonable and appropriate actions that it determines are necessary

in connection with the foregoing and the PSAs without need for any further orders of this Court.

5.     To the maximum extent permissible under applicable law, the Buyer's

rights pursuant to section 363(m) of the Bankruptcy Code are fully preserved.

6.     Notice of the Motion satisfies the requirements of Bankruptcy Rule

6004(a).

7.     Notwithstanding Bankruptcy Rule 6004(h) or any other applicable rule or

guideline, the terms and conditions of this Order are immediately effective and enforceable upon

its entry.

2

DOCS_DE:198106.5 89703/002

8.    The Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation, enforcement or interpretation of this Order.

Dated: 3/11 _____, 2015

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

3