IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VARIANT HOLDING COMPANY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-12021-BLS |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                            ) SS:
COUNTY OF NEW CASTLE )

Theresa Pullan, being duly sworn according to law, deposes and says that she is employed by the law firm of DLA Piper LLP (US) and that on the 1st day of May, 2015, she caused copies of *Snowden Entities' Motion to Shorten Notice and Objection Periods of the Motion to Expedite Discovery Related to the Motion for Payment of Property Level Claims from Proceeds of Sale of Property of Non-Debtor Entities* to be served on the parties listed on the attached Service List as indicated.

_____
Theresa Pullan
Senior Paralegal

Sworn to and subscribed before
me this 5th day of May, 2015

_____
Notary Public
My Commission Expires:_____

[Notary Seal: CAROLYN B. FOX, MY COMMISSION EXPIRES JAN. 28, 2018, NOTARY PUBLIC, STATE OF DELAWARE]

## SERVICE LIST

**Via Hand Delivery**

Justin R. Alberto
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801

**Via First Class Mail**

Jeffrey D. Cawdrey
Gordon Rees Scully Mansukhani LLP
101 W. Broadway, Suite 2000
San Diego, California 92101

**Via First Class Mail**

Megan M. Adeyemo
Gordon Rees Scully Mansukhani LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202

**Via Hand Delivery**

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Via Hand Delivery**

Richard M. Pachulski
Maxim B. Litvak
James E. O'Neill
Peter J. Keane
919 North Market Street, 17thFloor
Wilmington, Delaware 19899-8705