IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VARIANT HOLDING COMPANY, LLC,[1] | ) Case No. 14-12021 (BLS) |
| | ) |
| Debtor. | ) Related Docket No. 322 |
| | ) |

Objection Deadline: June 1, 2015 at 12:00 noon prevailing Eastern time
Reply Deadline: June 3, 2015 at 12:00 noon prevailing Eastern time
Hearing Date: June 4, 2015 at 12:00 noon prevailing Eastern time[2]

**NOTICE OF HEARING REGARDING DEBTOR'S SUPPLEMENTAL MOTION FOR ORDER: (I) AUTHORIZING DEBTOR TO CAUSE ITS NON-DEBTOR SUBSIDIARIES TO SELL THEIR ASSETS PURSUANT TO THE REINSTATED AND AMENDED PORTFOLIO PURCHASE AND SALE AGREEMENT RELATING TO THE TEXAS/EAST COAST PORTFOLIO; AND (II) AUTHORIZING DEBTOR TO TAKE ALL NECESSARY AND APPROPRIATE ACTIONS IN CONNECTION WITH THE FOREGOING**

TO: (a) the Office of the United States Trustee; (b) the Debtor's principal secured lenders; (c) the creditors holding the 20 largest unsecured claims; (d) counsel to the Buyer; and (e) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on May 15, 2015, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Supplemental Motion for Order: (I) Authorizing Debtor to Cause its Non-Debtor Subsidiaries to Sell Their Assets Pursuant to the Reinstated and Amended Portfolio Purchase and Sale Agreement Relating to the Texas/East Coast Portfolio; and (II) Authorizing Debtor to Take All Necessary and Appropriate Actions in Connection with the Foregoing* [Docket No. 322] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of this Motion was previously served upon you.

---

[1] The last four digits of the Debtor's federal tax identification number are (4044). The Debtor's service address is: Variant Holding Company, LLC, c/o Development Specialists, Inc., 333 S. Grand Ave, Suite 4070, Los Angeles, CA 90071-1544.

[2] At the direction of the Court, the June 4, 2015 hearing will start at 12:00 noon prevailing Eastern time.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **June 1, 2015 at 12:00 noon prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtor: (a) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003, Attn: Richard M. Pachulski, Esq., and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899, Attn: Peter J. Keane, Esq.; and (ii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Mark S. Kenney, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT THE COURT HAS SCHEDULED A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION. THE HEARING WILL BE HELD ON **JUNE 4, 2015 AT 12:00 NOON PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, CHIEF UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 29, 2015                              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Richard M. Pachulski (CA Bar No. 90073)
Alan J. Kornfeld (CA Bar No. 130063)
Maxim B. Litvak (CA Bar No. 215852)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
       akornfeld@pszjlaw.com
       mlitvak@pszjlaw.com
       pkeane@pszjlaw.com

Counsel to the Debtor and Debtor in Possession