IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 362 and 382** |
| _____ | ) | |

**Hearing Date: June 22, 2015 at 9:30 a.m. prevailing Eastern time**
**Objection Deadline: June 16, 2015 at 4:00 p.m. prevailing Eastern time**

**NOTICE OF FINAL HEARING ON DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS APPROVING SECOND AMENDMENT TO DEBTOR-IN-POSSESSION LOAN, SECURITY & GUARANTY AGREEMENT AND SCHEDULING A FINAL HEARING**

TO: (a) the Office of the United States Trustee; (b) counsel to Beach Point; (c) counsel to the Administrative Agent; (d) the creditors holding the 20 largest unsecured claims and (e) parties who have requested notice of proceedings in this case pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on June 1, 2015, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of Interim and Final Orders Approving Second Amendment to Debtor-in-Possession Loan, Security & Guaranty Agreement and Scheduling a Final Hearing* [Docket No. 362] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that on June 5, 2015, the Bankruptcy Court entered the *Interim Order Approving Second Amendment and Permitted Amendments to Debtor-in-Possession Loan, Security & Guaranty Agreement and Scheduling a Final Hearing*

---

[1] The last four digits of the Debtor's federal tax identification number are (4044). The Debtor's service address is: Variant Holding Company, LLC, c/o Development Specialists, Inc., 333 S. Grand Ave, Suite 4070, Los Angeles, CA 90071-1544.

[Docket No. 382] (the "Interim Order").  A copy of the Interim Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the final relief requested in Motion, if any, must be filed by **June 16, 2015 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtor: (a) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067-4003, Attn: Richard M. Pachulski, Esq., and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19899, Attn: Peter J. Keane, Esq.; and (ii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Mark S. Kenney, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT THE COURT HAS SCHEDULED A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION.  THE HEARING WILL BE HELD ON **JUNE 22, 2015 AT 9:30 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, CHIEF UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE  19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  June 5, 2015                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Richard M. Pachulski (CA Bar No. 90073)
Maxim B. Litvak (CA Bar No. 215852)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  rpachulski@pszjlaw.com
            mlitvak@pszjlaw.com
            pkeane@pszjlaw.com

Counsel to the Debtor and Debtor in Possession