## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VARIANT HOLDING COMPANY, LLC; | No. 14-12021-BLS |
| Debtor. | |

## MOTION FOR STAY PENDING APPEAL OF FINAL ORDER APPROVING FOURTH DIP FINANCING LOAN

COME NOW, Conix WH Holdings, LLC ("Conix WH"), Conix, Inc. ("Conix"), Numeric Holdings Company, LLC, ("Numeric"), Walker's Dream Trust ("Walker's"), Forward Progress, LLC ("Forward Progress"), and Variant Royalty Group, LP ("Variant Royalty", and collectively with Conix WH, Conix, Numeric, Walker's, and Forward Progress, the "Equity Holders"), through undersigned counsel, and for the reasons set for in the memorandum of law filed contemporaneously with this Motion, respectfully move this Court pursuant to Fed. R. Bankr. P. 8007 for entry of an order granting a stay pending disposition of the Equity Holders' appeal of the *Final Order Approving Fourth Amendment and Permitted Amendments to Debtor-In-Possession Loan, Security and Guaranty Agreement* (the "4th DIP Order") (Dkt. No. 531).

Dated: 13 October 2015

CIARDI CIARDI & ASTIN.

_____
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 North King Street
Wilmington, Delaware 19081
Telephone: (302) 658-1000
Facsimile: (302) 658-1300
Email: jmclaughlin@ciardilaw.com

-and-

Michael McGrath (AZ Bar No. 6019)
(*Pro hac vice* application pending)
MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Telephone: (520) 624-8886
Facsimile: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
       ecf@mcrazlaw.com

*Co-Counsel to Conix WH Holdings, LLC, Conix, Inc., Numeric Holdings Company, LLC, Walker's Dream Trust, Variant Royalty Group, LP and Forward Progress, LLC*