IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC, | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-3094044 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LASER FOCUS HOLDING COMPANY, LLC, | ) | Case No. 16-10068 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 90-0939153 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LASER FOCUS COMMERCIAL INVESTMENTS, LLC, | ) | Case No. 16-10069 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 38-3899326 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOUSTON 2 APARTMENTS, LLC, | ) | Case No. 16-10071 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-3608886 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 10400 SANDPIPER APARTMENTS, LLC, | ) | Case No. 16-10076 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-4166556 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 10301 VISTA APARTMENTS, LLC, | ) | Case No. 16-10075 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-3608886 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOUSTON 14 APARTMENTS, LLC, | ) | Case No. 16-10070 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 38-3907563 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 12500 PLAZA APARTMENTS, LLC, | ) | Case No. 16-10079 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 38-3907563 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PINES OF WESTBURY, LTD., | ) | Case No. 16-10094 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 38-3907563 | ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| 201 ASHTON OAKS APARTMENTS, LLC, ) | Case No. 16-10082 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| In re: ) | Chapter 11 |
| ) | |
| 13875 CRANBROOK FOREST ) | Case No. 16-10080 ([___]) |
| APARTMENTS, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| In re: ) | Chapter 11 |
| ) | |
| 5900 CRYSTAL SPRINGS ) | Case No. 16-10085 ([___]) |
| APARTMENTS, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| In re: ) | Chapter 11 |
| ) | |
| 7170 LAS PALMAS APARTMENTS, LLC, ) | Case No. 16-10087 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| In re: ) | Chapter 11 |
| ) | |
| 11911 LAS PALMAS APARTMENTS, LLC, ) | Case No. 16-10077 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |

3

DOCS_DE:201306.3 89703/002

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| 1201 OAKS OF BRITTANY ) | Case No. 16-10078 ([___]) |
| APARTMENTS, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| 3504 MESA RIDGE APARTMENTS, LLC, ) | Case No. 16-10083 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| 667 MAXEY VILLAGE ) | Case No. 16-10086 ([___]) |
| APARTMENTS, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| 17103 PINE FOREST APARTMENTS, LLC, ) | Case No. 16-10081 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| 7600 ROYAL OAKS APARTMENTS, LLC, ) | Case No. 16-10088 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| 4101 POINTE APARTMENTS, LLC, ) | Case No. 16-10084 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| In re: ) | Chapter 11 |
| ) | |
| THE OAKS AT STONECREST ) | Case No. 16-10100 ([___]) |
| APARTMENTS, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 90-0945589 ) | |
| In re: ) | Chapter 11 |
| ) | |
| NUMERIC COMMERCIAL ) | Case No. 16-10072 ([___]) |
| INVESTMENTS, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 46-1219443 ) | |
| In re: ) | Chapter 11 |
| ) | |
| FX3 APARTMENTS INVESTORS, LLC, ) | Case No. 16-10073 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 61-1734055 ) | |
| In re: ) | Chapter 11 |
| ) | |
| ROYAL NUMERIC FX ) | Case No. 16-10074 ([___]) |
| INVESTMENTS, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 90-0936908 ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BROADMOOR APARTMENTS, LLC, ) | Case No. 16-10089 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 46-2427888 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| CHESAPEAKE APARTMENTS, LLC, ) | Case No. 16-10090 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 46-2495716 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| HOLLY RIDGE APARTMENTS, LLC, ) | Case No. 16-10091 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 46-2507117 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| HOLLY TREE APARTMENTS, LLC, ) | Case No. 16-10092 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 46-2554288 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| PRESTON VALLEY APARTMENTS, LLC, ) | Case No. 16-10095 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 46-2483356 ) | |
| ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| RAVENWOOD HILLS APARTMENTS, LLC, | Case No. 16-10096 ([___]) |
| Debtor. | |
| Tax I.D. No. 46-2598264 | |
| In re: | Chapter 11 |
| RIVER ROAD TERRACE APARTMENTS, LLC | Case No. 16-10097 ([___]) |
| Debtor. | |
| Tax I.D. No. 46-2576396 | |
| In re: | Chapter 11 |
| SANDRIDGE APARTMENTS, LLC, | Case No. 16-10098 ([___]) |
| Debtor. | |
| Tax I.D. No. 46-2543592 | |
| In re: | Chapter 11 |
| MAJESTIC HEIGHTS APARTMENTS, LLC, | Case No. 16-10093 ([___]) |
| Debtor. | |
| Tax I.D. No. 46-2472174 | |
| In re: | Chapter 11 |
| SONTERRA APARTMENTS, LLC, | Case No. 16-10099 ([___]) |
| Debtor. | |
| Tax I.D. No. 46-2456220 | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TOSCANA VILLAS APARTMENTS, LLC, | ) Case No. 16-10101 ([___]) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-2458873 | ) |
| | ) |

### DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A**, (a) directing procedural consolidation and joint administration of these chapter 11 cases, and (b) granting related relief. In support of this Motion, the Debtors represent as follows:

### Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Debtors confirm their consent pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule

1015(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Local Rules 1015-1 and 9013-l(m).

## Background

4.  On August 28, 2014, Debtor Variant Holding Company, LLC ("<u>Variant</u>") filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing its chapter 11 case. Variant's chapter 11 case is administered under Case No. 14-12021 (BLS). Variant continues in the possession of its properties, and is operating and managing its affairs as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in Variant's chapter 11 case.

5.  On January 12, 2016 (the "<u>Petition Date</u>"), each of the Debtors other than Variant (the "<u>Subsidiary Debtors</u>") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Subsidiary Debtors are operating their businesses and managing their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner has been appointed in the Subsidiary Debtors' chapter 11 cases, and no committees have been appointed or designated.

6.  Variant and its direct and indirect subsidiaries are a commercial real estate company with direct and indirect ownership interests in 23 real properties in various states. Variant is the ultimate parent within the organization.

## Relief Requested

7.  By this Motion, the Debtors seek entry of an order substantially in the form attached hereto as **Exhibit A**: (a) directing procedural consolidation and joint administration of these chapter 11 cases; and (b) granting related relief. More specifically, the Debtors request that the Court maintain one file and one docket for all of the jointly-administered

9

cases under the lead case of Variant Holding Company, LLC, Case No. 14-12021 (BLS) and that these chapter 11 cases be administered under a consolidated caption, as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC, et al.,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Variant Holding Company, LLC (4044); Laser Focus Holding Company, LLC (9153); Laser Focus Commercial Investments, LLC (9326); Houston 2 Apartments, LLC (8886); 10400 Sandpiper Apartments, LLC (6556); 10301 Vista Apartments, LLC (8886); Houston 14 Apartments, LLC (7563); 12500 Plaza Apartments, LLC (7563); Pines of Westbury, Ltd (7563); 201 Ashton Oaks Apartments, LLC (7563); 13875 Cranbrook Forest Apartments, LLC (7563); 5900 Crystal Springs Apartments, LLC (7563); 7170 Las Palmas Apartments, LLC (7563); 11911 Park Texas Apartments, LLC (7563); 1201 Oaks of Brittany Apartments, LLC (7563); 3504 Mesa Ridge Apartments, LLC (7563); 667 Maxey Village Apartments, LLC (7563); 17103 Pine Forest Apartments, LLC (7563); 7600 Royal Oaks Apartments, LLC (7563); 4101 Pointe Apartments, LLC (7563); The Oaks at Stonecrest Apartments, LLC (5589); Numeric Commercial Investments, LLC (9443); FX3 Apartment Investors, LLC (4055); Royal Numeric FX Investments, LLC (6908); Broadmoor Apartments, LLC (7888); Chesapeake Apartments, LLC (5716); Holly Ridge Apartments, LLC (7117); Holly Tree Apartments, LLC (4288); Preston Valley Apartments, LLC (3356); Ravenwood Hills Apartments, LLC (8264); River Road Terrace Apartments, LLC (6396); Sandridge Apartments, LLC (3592); Majestic Heights Apartments, LLC (2174); Sonterra Apartments, LLC (6220); Toscana Villas Apartments, LLC (8873). The Debtors' service address is: Variant Holding Company, LLC, c/o Development Specialists, Inc., 333 S. Grand Ave, Suite 4070, Los Angeles, CA 90071-1544.

8.    The Debtors further request that the Court order that the foregoing caption satisfies the requirements set forth in Bankruptcy Code section 342(c)(1).

9.    Additionally, the Debtors request that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors other than Variant Holding Company, LLC to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: Laser Focus Holding Company, LLC, Case No. 16-10068 ([___]); Laser Focus Commercial Investments, LLC, Case No. 16-10069 ([___]); Houston 2 Apartments, LLC, Case No. 16-10071 ([___]); 10400

Sandpiper Apartments, LLC, Case No. 16-10076 ([___]); 10301 Vista Apartments, LLC, Case No. 16-10075 ([___]); Houston 14 Apartments, LLC, Case No. 16-10070 ([___]); 12500 Plaza Apartments, LLC, Case No. 16-10079 ([___]); Pines of Westbury, Ltd, Case No. 16-10094 ([___]); 201 Ashton Oaks Apartments, LLC, Case No. 16-10082 ([___]); 13875 Cranbrook Forest Apartments, LLC, Case No. 16-10080 ([___]); 5900 Crystal Springs Apartments, LLC, Case No. 16-10085 ([___]); 7170 Las Palmas Apartments, LLC, Case No. 16-10087 ([___]); 11911 Park Texas Apartments, LLC, Case No. 16-10077 ([___]); 1201 Oaks of Brittany Apartments, LLC, Case No. 16-10078 ([___]); 3504 Mesa Ridge Apartments, LLC, Case No. 16-10083 ([___]); 667 Maxey Village Apartments, LLC, Case No. 16-10086 ([___]); 17103 Pine Forest Apartments, LLC, Case No. 16-10081 ([___]); 7600 Royal Oaks Apartments, LLC, Case No. 16-10088 ([___]); 4101 Pointe Apartments, LLC, Case No. 16-10084 ([___]); The Oaks at Stonecrest Apartments, LLC, Case No. 16-10100 ([___]); Numeric Commercial Investments, LLC, Case No. 16-10072 ([___]); FX3 Apartment Investors, LLC, Case No. 16-10073 ([___]); Royal Numeric FX Investments, LLC, Case No. 16-10074 ([___]); Broadmoor Apartments, LLC, Case No. 16-10089 ([___]); Chesapeake Apartments, LLC, Case No. 16-10090 ([___]); Holly Ridge Apartments, LLC, Case No. 16-10091 ([___]); Holly Tree Apartments, LLC, Case No. 16-10092 ([___]); Preston Valley Apartments, LLC, Case No. 16-10095 ([___]); Ravenwood Hills Apartments, LLC, Case No. 16-10096 ([___]); River Road Terrace Apartments, LLC, Case No. 16-10097 ([___]); Sandridge Apartments, LLC, Case No. 16-10098 ([___]); Majestic Heights Apartments, LLC, Case No. 16-10093 ([___]); Sonterra Apartments, LLC, Case No. 16-10099 ([___]); Toscana Villas Apartments, LLC, Case No. 16-10101 ([___]). All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 14-12021 (BLS).

**Basis For Relief**

10. Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015. Each of the Debtors is an "affiliate" of each other as that term is defined in Bankruptcy Code section 101(2). Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein.

11. Further, Local Rule 1015-1 provides additional authority for the Court to order joint administration of these chapter 11 cases:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration, or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties. An order of joint administration entered in accordance with this Local Rule may be reconsidered upon motion of any party in interest at any time. An order of joint administration under this Local Rule is for procedural purposes only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Del. Bankr. L.R. 1015-1.

12. Debtor Variant Holding Company, LLC is the ultimate parent of the Subsidiary Debtors. Variant and the Subsidiary Debtors are, therefore, "affiliates" within the meaning of section 101(2) of the Bankruptcy Code and, accordingly, under Bankruptcy Rule 1015(b) and Local Rule 1015-1, the Court has the authority to grant the relief requested herein.

13. Variant and the Subsidiary Debtors submit that the joint administration of their cases should be maintained under the case number assigned to Variant Holding Company, LLC, and also request that the Clerk of the Court maintain one file and one docket for all of the Debtors' chapter 11 cases, under that case name and number.

14. Given the integrated nature of Variant and the Subsidiary Debtors' operations, joint administration of the Subsidiary Debtors' chapter 11 cases with Variant's chapter 11 case will provide significant administrative convenience without harming the substantive rights of any party in interest. Many of the motions, hearings, and orders in these chapter 11 cases will affect multiple Debtor entities. The entry of an order directing joint administration of these chapter 11 cases will reduce fees and costs by avoiding duplicative filings and objections. Joint administration also will allow the Office of the United States Trustee for

12

the District of Delaware and all parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

15. Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion seeks only administrative, not substantive, consolidation of the Debtors' estates. Parties in interest will not be harmed by the relief requested; instead, parties in interest will benefit from the cost reductions associated with the joint administration of these chapter 11 cases. Accordingly, the Debtors submit that the joint administration of these chapter 11 cases is in the best interests of their estates, their creditors, and all other parties in interest.

16. Joint administration is generally non-controversial, and courts in this jurisdiction routinely order joint administration in cases with multiple related debtors. *See, e.g., In re Malibu Lighting Corp.*, Case No. 15-12080 (KG) (Bankr. D. Del. Oct. 9, 2015) (directing joint administration of chapter 11 cases); *In re Trump Entertainment Resorts, Inc.*, No. 14-12103 (KG) (Bankr. D. Del. Sept 10, 2014) (same); *In re AWI Delaware, Inc.*, No. 14-12092 (KJC) (Bankr. D. Del. Sept. 10, 2014) (same); *In re Dolan Co.*, No. 14-10614 (BLS) (Bankr. D. Del. Mar. 25, 2014) (same); *In re Sorenson Commc'ns, Inc.*, No. 14-10454 (BLS) (Bankr. D. Del. Mar. 4, 2014) (same); *In re FAH Liquidating Corp. f/k/a Fisker Auto. Holdings, Inc.*, No. 13-13087 (KG) (Bankr. D. Del. Nov. 26, 2013) (same); *In re Physiotherapy Holdings, Inc.*, No. 13-12965 (KG) (Bankr. D. Del. Nov. 14, 2013) (same).

## Notice

17. The Debtors will provide notice of this Motion to the following parties, or their counsel, if known: (a) the Office of the United States Trustee; (b) the Debtors' principal secured lenders; (c) the creditors holding the 20 largest unsecured claims against the Subsidiary Debtors (on a consolidated basis); (d) the creditors holding the 20 largest unsecured claims

13

against Variant; and (e) those persons who have previously requested notice pursuant to Bankruptcy Rule 2002 in Variant's case. As this Motion is seeking "first day" relief, within two business days of the hearing on this Motion, the Debtors will serve copies of this Motion and any order entered in respect to this Motion as required by Local Rule 9013-1(m). The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

### **No Prior Request**

18.     No prior request for the relief sought in this Motion has been made to this or any other court.

[Remainder of page intentionally left blank]

WHEREFORE, the Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A,** (a) directing procedural consolidation and joint administration of their related chapter 11 cases, and (b) granting such other relief as is just and proper.

Dated:  January 12, 2016

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Richard M. Pachulski (CA Bar No. 90073)
Maxim B. Litvak (CA Bar No. 215852)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  rpachulski@pszjlaw.com
         mlitvak@pszjlaw.com
         pkeane@pszjlaw.com

Proposed Counsel for the Debtors and Debtors in Possession