## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC, | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-3094044 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LASER FOCUS HOLDING COMPANY, LLC, | ) | Case No. 16-10068 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 90-0939153 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LASER FOCUS COMMERCIAL INVESTMENTS, LLC, | ) | Case No. 16-10069 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 38-3899326 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOUSTON 2 APARTMENTS, LLC, | ) | Case No. 16-10071 ([___]) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-3608886 | ) | |

1

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| 10400 SANDPIPER APARTMENTS, LLC, | ) | Case No. 16-10076 ([____]) |
| Debtor. | ) | |
| Tax I.D. No. 46-4166556 | ) | |
| In re: | ) | Chapter 11 |
| 10301 VISTA APARTMENTS, LLC, | ) | Case No. 16-10075 ([____]) |
| Debtor. | ) | |
| Tax I.D. No. 46-3608886 | ) | |
| In re: | ) | Chapter 11 |
| HOUSTON 14 APARTMENTS, LLC, | ) | Case No. 16-10070 ([____]) |
| Debtor. | ) | |
| Tax I.D. No. 38-3907563 | ) | |
| In re: | ) | Chapter 11 |
| 12500 PLAZA APARTMENTS, LLC, | ) | Case No. 16-10079 ([____]) |
| Debtor. | ) | |
| Tax I.D. No. 38-3907563 | ) | |
| In re: | ) | Chapter 11 |
| PINES OF WESTBURY, LTD., | ) | Case No. 16-10094 ([____]) |
| Debtor. | ) | |
| Tax I.D. No. 38-3907563 | ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| 201 ASHTON OAKS APARTMENTS, LLC, ) | Case No. 16-10082 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| In re: ) | Chapter 11 |
| ) | |
| 13875 CRANBROOK FOREST ) | Case No. 16-10080 ([___]) |
| APARTMENTS, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| In re: ) | Chapter 11 |
| ) | |
| 5900 CRYSTAL SPRINGS ) | Case No. 16-10085 ([___]) |
| APARTMENTS, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| In re: ) | Chapter 11 |
| ) | |
| 7170 LAS PALMAS APARTMENTS, LLC, ) | Case No. 16-10087 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| In re: ) | Chapter 11 |
| ) | |
| 11911 LAS PALMAS APARTMENTS, LLC, ) | Case No. 16-10077 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 1201 OAKS OF BRITTANY APARTMENTS, LLC, | ) ) ) | Case No. 16-10078 ([___]) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 38-3907563 | ) ) | |
| In re: | ) ) | Chapter 11 |
| 3504 MESA RIDGE APARTMENTS, LLC, | ) ) | Case No. 16-10083 ([___]) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 38-3907563 | ) ) | |
| In re: | ) ) | Chapter 11 |
| 667 MAXEY VILLAGE APARTMENTS, LLC, | ) ) ) | Case No. 16-10086 ([___]) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 38-3907563 | ) ) | |
| In re: | ) ) | Chapter 11 |
| 17103 PINE FOREST APARTMENTS, LLC, | ) ) | Case No. 16-10081 ([___]) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 38-3907563 | ) ) | |
| In re: | ) ) | Chapter 11 |
| 7600 ROYAL OAKS APARTMENTS, LLC, | ) ) | Case No. 16-10088 ([___]) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 38-3907563 | ) ) | |

4

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| 4101 POINTE APARTMENTS, LLC, ) | Case No. 16-10084 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3907563 ) | |
| In re: ) | Chapter 11 |
| ) | |
| THE OAKS AT STONECREST APARTMENTS, LLC, ) | Case No. 16-10100 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 90-0945589 ) | |
| In re: ) | Chapter 11 |
| ) | |
| NUMERIC COMMERCIAL INVESTMENTS, LLC, ) | Case No. 16-10072 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 46-1219443 ) | |
| In re: ) | Chapter 11 |
| ) | |
| FX3 APARTMENTS INVESTORS, LLC, ) | Case No. 16-10073 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 61-1734055 ) | |
| In re: ) | Chapter 11 |
| ) | |
| ROYAL NUMERIC FX INVESTMENTS, LLC, ) | Case No. 16-10074 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 90-0936908 ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| BROADMOOR APARTMENTS, LLC, | Case No. 16-10089 ([___]) |
| Debtor. | |
| Tax I.D. No. 46-2427888 | |
| In re: | Chapter 11 |
| CHESAPEAKE APARTMENTS, LLC, | Case No. 16-10090 ([___]) |
| Debtor. | |
| Tax I.D. No. 46-2495716 | |
| In re: | Chapter 11 |
| HOLLY RIDGE APARTMENTS, LLC, | Case No. 16-10091 ([___]) |
| Debtor. | |
| Tax I.D. No. 46-2507117 | |
| In re: | Chapter 11 |
| HOLLY TREE APARTMENTS, LLC, | Case No. 16-10092 ([___]) |
| Debtor. | |
| Tax I.D. No. 46-2554288 | |
| In re: | Chapter 11 |
| PRESTON VALLEY APARTMENTS, LLC, | Case No. 16-10095 ([___]) |
| Debtor. | |
| Tax I.D. No. 46-2483356 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAVENWOOD HILLS APARTMENTS, LLC, | ) ) ) | Case No. 16-10096 ([___]) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 46-2598264 | ) ) | |
| In re: | ) ) | Chapter 11 |
| RIVER ROAD TERRACE APARTMENTS, LLC | ) ) ) | Case No. 16-10097 ([___]) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 46-2576396 | ) ) | |
| In re: | ) ) | Chapter 11 |
| SANDRIDGE APARTMENTS, LLC, | ) ) | Case No. 16-10098 ([___]) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 46-2543592 | ) ) | |
| In re: | ) ) | Chapter 11 |
| MAJESTIC HEIGHTS APARTMENTS, LLC, | ) ) | Case No. 16-10093 ([___]) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 46-2472174 | ) ) | |
| In re: | ) ) | Chapter 11 |
| SONTERRA APARTMENTS, LLC, | ) ) | Case No. 16-10099 ([___]) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 46-2456220 | ) ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TOSCANA VILLAS APARTMENTS, LLC, ) | Case No. 16-10101 ([___]) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 46-2458873 ) | |
| ) | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to Rule 1015 of the Bankruptcy Rules and Local Rule 1015-1: (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates and creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at any hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Motion and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 14-12021 (BLS) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The caption of the jointly administered cases should read as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC, et al.,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Variant Holding Company, LLC (4044); Laser Focus Holding Company, LLC (9153); Laser Focus Commercial Investments, LLC (9326); Houston 2 Apartments, LLC (8886); 10400 Sandpiper Apartments, LLC (6556); 10301 Vista Apartments, LLC (8886); Houston 14 Apartments, LLC (7563); 12500 Plaza Apartments, LLC (7563); Pines of Westbury, Ltd (7563); 201 Ashton Oaks Apartments, LLC (7563); 13875 Cranbrook Forest Apartments, LLC (7563); 5900 Crystal Springs Apartments, LLC (7563); 7170 Las Palmas Apartments, LLC (7563); 11911 Park Texas Apartments, LLC (7563); 1201 Oaks of Brittany Apartments, LLC (7563); 3504 Mesa Ridge Apartments, LLC (7563); 667 Maxey Village Apartments, LLC (7563); 17103 Pine Forest Apartments, LLC (7563); 7600 Royal Oaks Apartments, LLC (7563); 4101 Pointe Apartments, LLC (7563); The Oaks at Stonecrest Apartments, LLC (5589); Numeric Commercial Investments, LLC (9443); FX3 Apartment Investors, LLC (4055); Royal Numeric FX Investments, LLC (6908); Broadmoor Apartments, LLC (7888); Chesapeake Apartments, LLC (5716); Holly Ridge Apartments, LLC (7117); Holly Tree Apartments, LLC (4288); Preston Valley Apartments, LLC (3356); Ravenwood Hills Apartments, LLC (8264); River Road Terrace Apartments, LLC (6396); Sandridge Apartments, LLC (3592); Majestic Heights Apartments, LLC (2174); Sonterra Apartments, LLC (6220); Toscana Villas Apartments, LLC (8873). The Debtors' service address is: Variant Holding Company, LLC, c/o Development Specialists, Inc., 333 S. Grand Ave, Suite 4070, Los Angeles, CA 90071-1544.

4. The foregoing caption satisfies the requirements set forth in Bankruptcy Code section 342(c)(1).

9

5.  A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Variant Holding Company, LLC to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: Laser Focus Holding Company, LLC, Case No. 16-10068 ([___]); Laser Focus Commercial Investments, LLC, Case No. 16-10069 ([___]); Houston 2 Apartments, LLC, Case No. 16-10071 ([___]); 10400 Sandpiper Apartments, LLC, Case No. 16-10076 ([___]); 10301 Vista Apartments, LLC, Case No. 16-10075 ([___]); Houston 14 Apartments, LLC, Case No. 16-10070 ([___]); 12500 Plaza Apartments, LLC, Case No. 16-10079 ([___]); Pines of Westbury, Ltd, Case No. 16-10094 ([___]); 201 Ashton Oaks Apartments, LLC, Case No. 16-10082 ([___]); 13875 Cranbrook Forest Apartments, LLC, Case No. 16-10080 ([___]); 5900 Crystal Springs Apartments, LLC, Case No. 16-10085 ([___]); 7170 Las Palmas Apartments, LLC, Case No. 16-10087 ([___]); 11911 Park Texas Apartments, LLC, Case No. 16-10077 ([___]); 1201 Oaks of Brittany Apartments, LLC, Case No. 16-10078 ([___]); 3504 Mesa Ridge Apartments, LLC, Case No. 16-10083 ([___]); 667 Maxey Village Apartments, LLC, Case No. 16-10086 ([___]); 17103 Pine Forest Apartments, LLC, Case No. 16-10081 ([___]); 7600 Royal Oaks Apartments, LLC, Case No. 16-10088 ([___]); 4101 Pointe Apartments, LLC, Case No. 16-10084 ([___]); The Oaks at Stonecrest Apartments, LLC, Case No. 16-10100 ([___]); Numeric Commercial Investments, LLC, Case No. 16-10072 ([___]); FX3 Apartment Investors, LLC, Case No. 16-10073 ([___]); Royal Numeric FX Investments, LLC, Case No. 16-10074 ([___]); Broadmoor Apartments, LLC, Case No. 16-10089 ([___]); Chesapeake Apartments, LLC, Case No. 16-10090 ([___]); Holly Ridge Apartments, LLC, Case No. 16-10091 ([___]); Holly Tree Apartments, LLC, Case No. 16-10092 ([___]); Preston Valley Apartments, LLC, Case No. 16-10095 ([___]); Ravenwood Hills Apartments, LLC, Case No. 16-10096 ([___]); River Road Terrace Apartments, LLC, Case No. 16-10097 ([___]); Sandridge Apartments, LLC, Case No. 16-10098 ([___]); Majestic Heights Apartments, LLC, Case No. 16-10093 ([___]); Sonterra Apartments, LLC, Case No. 16-10099 ([___]); Toscana Villas Apartments, LLC, Case No. 16-10101 ([___]). All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 14-12021 (BLS).

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2016

_____
Honorable Brendan L. Shannon
United States Bankruptcy Judge

11