IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VARIANT HOLDING COMPANY, LLC, et al.,[1] | ) Case No. 14-12021 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related Docket Nos. 665 and 696** |

**Objection Deadline: February 4, 2016 at 4:00 p.m. prevailing Eastern time**
**Hearing Date: February 11, 2016 at 10:00 a.m. prevailing Eastern time**
**Reply Deadline: February 9, 2016 at 12:00 noon prevailing Eastern time**

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING REGARDING MOTION OF FX3 PORTFOLIO DEBTORS PURSUANT TO SECTIONS 105, 361, 362, 363 AND 507 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001, AND LOCAL RULE 4001-2 FOR ENTRY OF INTERIM AND FINAL ORDERS (A) (I) AUTHORIZING THE USE OF CASH COLLATERAL, (II) PROVIDING ADEQUATE PROTECTION, AND (III) MODIFYING THE AUTOMATIC STAY, AND (B) SCHEDULING FINAL HEARING

TO:  (a) the Office of the United States Trustee; (b) all creditors known to the FX3 Portfolio Debtors who may have liens against the FX3 Portfolio Debtors' assets; (c) counsel to the Noteholder; (d) counsel to Beach Point; (e) the twenty largest unsecured creditors of the FX3 Portfolio Debtors; and (f) all parties that have filed notices of appearance and requests for notices in these cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Variant Holding Company, LLC (4044); Laser Focus Holding Company, LLC (9153); Laser Focus Commercial Investments, LLC (9326); Houston 2 Apartments, LLC (8886); 10400 Sandpiper Apartments, LLC (6556); 10301 Vista Apartments, LLC (8886); Houston 14 Apartments, LLC (7563); 12500 Plaza Apartments, LLC (7563); Pines of Westbury, Ltd (7563); 201 Ashton Oaks Apartments, LLC (7563); 13875 Cranbrook Forest Apartments, LLC (7563); 5900 Crystal Springs Apartments, LLC (7563); 7170 Las Palmas Apartments, LLC (7563); 11911 Park Texas Apartments, LLC (7563); 1201 Oaks of Brittany Apartments, LLC (7563); 3504 Mesa Ridge Apartments, LLC (7563); 667 Maxey Village Apartments, LLC (7563); 17103 Pine Forest Apartments, LLC (7563); 7600 Royal Oaks Apartments, LLC (7563); 4101 Pointe Apartments, LLC (7563); The Oaks at Stonecrest Apartments, LLC (5589); Numeric Commercial Investments, LLC (9443); FX3 Apartment Investors, LLC (4055); Royal Numeric FX Investments, LLC (6908); Broadmoor Apartments, LLC (7888); Chesapeake Apartments, LLC (5716); Holly Ridge Apartments, LLC (7117); Holly Tree Apartments, LLC (4288); Preston Valley Apartments, LLC (3356); Ravenwood Hills Apartments, LLC (8264); River Road Terrace Apartments, LLC (6396); Sandridge Apartments, LLC (3592); Majestic Heights Apartments, LLC (2174); Sonterra Apartments, LLC (6220); and Toscana Villas Apartments, LLC (8873). The Debtors' service address is: Variant Holding Company, LLC, c/o Development Specialists, Inc., 333 S. Grand Ave, Suite 4070, Los Angeles, CA 90071-1544.

PLEASE TAKE NOTICE that on January 15, 2016, the FX3 Portfolio Debtors[2] filed the *Motion of FX3 Portfolio Debtors Pursuant to Sections 105, 361, 362, 363 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2 for Entry of Interim and Final Orders (A) (I) Authorizing the Use of Cash Collateral, (II) Providing Adequate Protection, and (III) Modifying the Automatic Stay, and (B) Scheduling Final Hearing* (the "Motion") [Docket No. 665] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that the Debtors presented certain first-day motions at a hearing before the Honorable Brendan L. Shannon at the Bankruptcy Court on January 19, 2016. The Bankruptcy Court granted interim relief on the Motion and entered the [Signed] *Interim Order Authorizing FX3 Portfolio Debtors to: (A) Use Cash Collateral and (B) Grant Adequate Protection and Provide Security and Other Relief to Holder of Prepetition Secured Debt* (the "Interim Order") [Docket No. 696], attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that any response or objection to the entry of a final order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **February 4, 2016 at 4:00 p.m. prevailing Eastern time.**

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response or objection upon: (i) proposed counsel to the Debtors: (a) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003, Attn: Richard M. Pachulski, Esq., and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899, Attn: Peter J. Keane, Esq.; (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35,

---

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion.

Wilmington, DE 19801, Attn: Mark S. Kenney, Esq.; and (d) counsel to any official committee appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **FEBRUARY 11, 2016, AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, CHIEF JUDGE, AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

Dated: January 20, 2016

PACHULSKI STANG ZIEHL & JONES LLP

_____
Richard M. Pachulski (CA Bar No. 90073)
Maxim B. Litvak (CA Bar No. 215852)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
         mlitvak@pszjlaw.com
         pkeane@pszjlaw.com

Proposed Counsel for the Debtors and Debtors in Possession