

**Final Claims Register**
Alphabetical Order

| CLAIM NO. | FULL NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY | ADMINISTRATIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | ARTDALE INC. DBA SPARTAN SERVICES | HOWARD L. STOMEL | 3100 RICHMOND AVE, STE 309 | | | HOUSTON | TX | 77098 | 3/18/2016 | UNSECURED | EXPUNGED | | | | |
| 34 | CAJUN CAPITAL LLC | 1200 N. EL DORADO PL, SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 37 | CAJUN CAPITAL LLC | 1200 N. EL DORADO PL, SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 38 | CAJUN CAPITAL LLC | 1200 N. EL DORADO PL, SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 39 | CAJUN CAPITAL LLC | 1200 N. EL DORADO PL, SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 78 | CANON DEL PAJARO, LLC | DAVID JECK | 6191 N. CANON DEL PAJARO | | | TUCSON | AZ | 85750 | 7/1/2015 | UNSECURED | $50,000.00 | $50000.00 | | | |
| 112 | CITY OF ARLINGTON, TEXAS | CITY ATTORNEY'S OFFICE | PO BOX 90231 | | | ARLINGTON | TX | 76004-3231 | 4/14/2016 | UNSECURED | EXPUNGED | | | | |
| 114 | CITY OF ARLINGTON, TEXAS | CITY ATTORNEY'S OFFICE | PO BOX 90231 | | | ARLINGTON | TX | 76004-3231 | 4/25/2016 | UNSECURED, SECURED | EXPUNGED | | | | |
| 115 | CITY OF ARLINGTON, TEXAS | CITY ATTORNEY'S OFFICE | PO BOX 90231 | | | ARLINGTON | TX | 76004-3231 | 4/25/2016 | UNSECURED, SECURED | EXPUNGED | | | | |
| 72 | COMMERCIAL GROUP, LLC | C/O PATRICK C. MAXCY | DENTONS US LLP | 233 S WACKER DR., STE 7800 | | CHICAGO | IL | 60606 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 80 | CONIX ENTERPRISES LLC | C/O JOHN D. MCLAUGHLIN, JR. | 333 S. GRAND AVE., STE. 4070 | | | LOS ANGELES | CA | 90071-1544 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 70 | CONIX ENTERPRISES, INC. | 1200 N. EL DORADO PL., STE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 71 | CONIX ENTERPRISES, INC. | 1200 N. EL DORADO PL., STE G-700 | | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 42 | CONIX RESIDENTIAL INVESTMENTS LLC | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 43 | CONIX RESIDENTIAL INVESTMENTS LLC | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 77 | CONIX RESIDENTIAL INVESTMENTS LLC | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 81 | CONIX RESIDENTIAL WORKING CAPITAL, LLC | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 40 | CONIX, INC. | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 41 | CONIX, INC. | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 85 | COURTLAND GETTEL | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 2 | DEKALB COUNTY UCO | 774 JORDAN LANE | SUITE 200 | | | DECATUR | GA | 30033 | 1/27/2016 | UNSECURED | EXPUNGED | | | | |
| 4 | DEPARTMENT OF THE TREASURY - IRS | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 9/22/2014 | UNSECURED | AMENDED | | | | |
| 5 | DEPARTMENT OF THE TREASURY - IRS | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 10/27/2014 | UNSECURED | $0.00 | $0.00 | | | |
| 44 | ESCROW MANAGEMENT SERVICES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 45 | ESCROW MANAGEMENT SERVICES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 119 | FEDEX CORPORATE SERVICES INC. | FEDEX CORPORATE SERVICES INC. AS ASSIGNEE OF FEDEX EXPRESS/GROUND/FREIGHT/OFFICE | 3965 AIRWAYS BLVD. MODULE G, 3RD FLOOR | | | MEMPHIS | TN | 38116-5017 | 1/3/2017 | UNSECURED | $1,818.74 | $1818.74 | | | |
| 82 | FIRST ALVERNON PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 83 | FIRST BROADWAY PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 86 | FIRST CONGRESS PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 87 | FIRST CONGRESS PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 88 | FIRST DELAWARE PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 97 | FIRST DOUGLAS PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 89 | FIRST EUCLID PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 46 | FIRST FREMONT PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 47 | FIRST FREMONT PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 90 | FIRST FREMONT PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 91 | FIRST GLENN PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 92 | FIRST HARRISON PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 93 | FIRST INA PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 48 | FIRST MOUNTAIN PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 49 | FIRST MOUNTAIN PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 50 | FORWARD PROGRESS ENTERPRISES LLC | 1200 N. EL DORADO PL., SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 51 | FORWARD PROGRESS ENTERPRISES LLC | 1200 N. EL DORADO PL., SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 52 | FORWARD PROGRESS ENTERPRISES LLC | 1200 N. EL DORADO PL., SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 3 | GEMSTAR CONSTRUCTION & DEVELOPMENT, INC. | MARK A. CIANCIOSI | 1615 DURFEY LANE 2ND FLOOR | | | KATY | TX | 77494 | 2/4/2016 | UNSECURED | EXPUNGED | | | | |
| 105 | GEMSTAR CONSTRUCTION & DEVELOPMENT, INC. | MARK A. CIANCIOSI | 1614 DURFEY LANE 2ND FLOOR | | | KATY | TX | 77449 | 3/9/2016 | UNSECURED | EXPUNGED | | | | |
| 96 | GETIEL CHILDREN'S TRUST | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 95 | GETIEL CHILDRENS TRUST 3 | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 94 | GETIEL CHILDRENS TRUST2 | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 75 | GREENBACK CUTTHROAT, LLC | 7514 GIRARD AVENUE | SUITE 1135 | | | LA JOLLA | CA | 92037 | 3/17/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 76 | GREENBACK CUTTHROAT, LLC | 7514 GIRARD AVENUE | SUITE 1135 | | | LA JOLLA | CA | 92037 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 32 | GREENBERG TRAURIG, LLP | 1840 CENTURY PARK EAST | SUITE 1900 | | | LOS ANGELES | CA | 90067-2121 | 3/13/2015 | UNSECURED | SATISFIED | | | | |
| 116 | HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 290 | SCHWARTZ, PAGE & HARDING, L.L.P. | 1300 POST OAK BLVD., SUITE 1400 | | | HOUSTON | TX | 77056 | 5/9/2016 | UNSECURED | EXPUNGED | | | | |
| 30 | HART WAGNER LLP | 1000 SW BROADWAY | 20TH FLOOR | | | PORTLAND | OR | 97205 | 3/4/2015 | UNSECURED | EXPUNGED | | | | |
| 68 | HEATLEY-CONIX MULTIFAMILY, LLC | JASON T. RODRIGUEZ | HIGIER ALLEN & LAUTIN, PC | 2711 N HASKELL AVE STE 2400 | | DALLAS | TX | 75204-2926 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 98 | HOLY CANOLI, LLC | C/O JOHN FINA | 6128 SAN BERNARDINO | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 67 | MH FINANCIAL CORPORATION, ROYAL MULTIFAMILY VENTURES 2013-1, LLC,& ROYAL MULTIFAMILY PROMOTE 2013-1, LLC | CHRISTOPHER H. BAYLEY | SNELL & WILMER LLP | ONE ARIZONA CENTER | 400 EAST VAN BUREN STREET, SUITE 1900 | PHOENIX | AZ | 85004-2205 | 3/17/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 28 | IMPACT FLOORS OF TEXAS, LP | STEPHEN C. STAPLETON | COWLES & THOMPSON, PC | 901 MAIN STREET, SUITE 3900 | | DALLAS | TX | 75202 | 2/2/2015 | SECURED | $413,040.72 | | $413040.72 | | |
| 84 | KATHRYN NIGHSWANDER (NEE GETTEL) | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 29 | LEVITZACKS | 701 B STREET | SUITE 1300 | | | SAN DIEGO | CA | 92101 | 3/4/2015 | UNSECURED | $48,322.12 | $48322.12 | | | |
| 31 | MHI WIND POWER AMERICAS, INC. | JOSHUA TAYLOR | STEPTOE & JOHNSON LLP | 1330 CONNECTICUT AVE. NW | | WASHINGTON | DC | 20036 | 3/11/2015 | UNSECURED | AMENDED | | | | |
| 106 | MORRISON & HEAD, LP | 4210 SPICEWOOD SPRINGS RD, STE 211 | | | | AUSTIN | TX | 78759 | 3/16/2016 | PRIORITY | EXPUNGED | | | | |
| 53 | MVCA, LLC | 1200 N. EL DORADO PL, SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 54 | MVCA, LLC | 1200 N. EL DORADO PL, SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 73 | NASH CAPITAL, LLC | 7514 GIRARD AVENUE | SUITE 1135 | | | LA JOLLA | CA | 92037 | 3/17/2015 | UNSECURED | UNLIQUIDATED | | | | |



**Final Claims Register**
Alphabetical Order

| CLAIM NO. | FULL NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY | ADMINISTRATIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | NASH CAPITAL, LLC | 7514 GIRARD AVENUE | SUITE 1135 | | | LA JOLLA | CA | 92037 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 99 | NC STORAGE, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 100 | NUMERIC COMMERCIAL INVESTMENTS, LLC | 1200 N. EL DORADO PL., STE G-700 | | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 101 | OAK CAPITAL, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 63 | PECAN CROSSING APARTMENTS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 64 | PECAN CROSSING APARTMENTS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 120 | REBECCA ANN WILLIAMS | 4242 WILSHIRE BLVD | | | | DALLAS | TX | 75241 | 7/24/2017 | UNSECURED | $5,706.40 | $5706.40 | | | |
| 65 | REMINGTON OAKS APARTMENTS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 66 | REMINGTON OAKS APARTMENTS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 69 | SNOWDON PARTNERS PROPERTIES 16, LLC, ET AL | STUART M. BROWN, ESQ. | DLA PIPER, LLP (US) | 1201 N. MARKET STREET, SUITE 2100 | | WILMINGTON | DE | 19801 | 3/17/2015 | UNSECURED | $11,700,000.00 | $11700000.00 | | | |
| 55 | SOBER LUXURY, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 56 | SOBER LUXURY, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 27 | SOUTH TEXAS SURVEYING ASSOCIATES, INC. | ATTN: FRED LAWTON | 11281 RICHMOND AVE. | BLDG J, STE 101 | | HOUSTON | TX | 77082 | 1/28/2015 | UNSECURED | EXPUNGED | | | | |
| 109 | SOUTH TEXAS SURVEYING ASSOCIATES, INC. | ATTN: FRED LAWTON | 11281 RICHMOND AVE. | BLDG J, STE 101 | | HOUSTON | TX | 77082 | 3/21/2016 | UNSECURED | EXPUNGED | | | | |
| 33 | STATE OF DELAWARE, DIVISION OF CORPORATIONS | 401 FEDERAL STREET | SUITE 4 | | | DOVER | DE | 19901 | 3/16/2015 | PRIORITY | $197.26 | | | $197.26 | |
| 102 | STEEL CAPITAL | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 36 | STEPTOE & JOHNSON LLP | JOSHUA TAYLOR | 1330 CONNECTICUT AVE, NW | | | WASHINGTON | DC | 20036 | 5/27/2015 | UNSECURED | EXPUNGED | | | | |
| 57 | SUI GENERIS WS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 58 | SUI GENERIS WS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 79 | SUI GENERIS WS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 26 | TANNOR PARTNERS CREDIT FUND, LP AS TRANSFEREE OF LANDCO, L.P. | ATTN: ROBERT TANNOR | 555 THEODORE FREMD AVE, SUITE C209 | | | RYE | NY | 10580 | 1/8/2015 | UNSECURED | EXPUNGED | | | | |
| 1 | TEXAS COMPTROLLER OF PUBLIC ACCTS | OFFICE OF THE ATTORNEY GENERAL | COLLECTION DIVISION - BANKRUPTCY SECTION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | 1/25/2014 | ADMINISTRATIVE | EXPUNGED | | | | |
| 25 | TEXAS COMPTROLLER OF PUBLIC ACCTS | OFFICE OF THE ATTORNEY GENERAL | COLLECTION DIVISION - BANKRUPTCY SECTION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | 12/8/2014 | PRIORITY | EXPUNGED | | | | |
| 35 | TEXAS COMPTROLLER OF PUBLIC ACCTS | OFFICE OF THE ATTORNEY GENERAL | COLLECTION DIVISION - BANKRUPTCY SECTION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | 4/21/2015 | PRIORITY | SATISFIED | | | | |
| 113 | TEXAS COMPTROLLER OF PUBLIC ACCTS | C/O OFFICE OF THE ATTORNEY GENERAL - BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548, MC-008 | | | AUSTIN | TX | 78711 | 4/18/2016 | UNSECURED, PRIORITY | EXPUNGED | | | | |
| 117 | TEXAS COMPTROLLER OF PUBLIC ACCTS | OFFICE OF THE ATTORNEY GENERAL | COLLECTION DIVISION - BANKRUPTCY SECTION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | 5/26/2016 | ADMINISTRATIVE | $8,862.00 | | | | $8862.00 |
| 118 | TEXAS COMPTROLLER OF PUBLIC ACCTS | C/O OFFICE OF THE ATTORNEY GENERAL - BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548, MC-008 | | | AUSTIN | TX | 78711 | 5/31/2016 | UNSECURED, PRIORITY | | | | | |
| 110 | TINO'S CARPET CARE | C/O THE GBENJO LAW GROUP | 9009 BISSONNET | | | HOUSTON | TX | 77074 | 4/4/2016 | PRIORITY | DEBTOR MODIFIED - CLAIM MOVED TO DIFFERENT DEBTOR | | | | |
| 103 | TOWN CAPITAL L LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 6 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,050.15 | $2050.15 | | | |
| 7 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $3,345.49 | $3345.49 | | | |
| 8 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $4,377.87 | $4377.87 | | | |
| 9 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $3,354.18 | $3354.18 | | | |
| 10 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,050.15 | $2050.15 | | | |
| 11 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $1,866.24 | $1866.24 | | | |
| 12 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,362.00 | $2362.00 | | | |
| 13 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,460.18 | $2460.18 | | | |
| 14 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $1,809.04 | $1809.04 | | | |
| 15 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $1,241.24 | $1241.24 | | | |
| 16 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,533.06 | $2533.06 | | | |
| 17 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $1,824.03 | $1824.03 | | | |
| 18 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,050.15 | $2050.15 | | | |
| 19 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,425.15 | $2425.15 | | | |
| 20 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,425.15 | $2425.15 | | | |
| 21 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $970.06 | $970.06 | | | |
| 22 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,116.92 | $2116.92 | | | |
| 23 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $1,343.52 | $1343.52 | | | |



**Final Claims Register**
Alphabetical Order

| CLAIM NO. | FULL NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY | ADMINISTRATIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | EXPUNGED | | | | |
| 59 | VARIANT MANAGEMENT COMPANY LLC | 1200 N. EL DORADO PL. SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 60 | VARIANT MANAGEMENT COMPANY LLC | 1200 N. EL DORADO PL. SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 61 | WALKERS DREAM TRUST | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 62 | WALKERS DREAM TRUST | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 104 | WALKERS DREAM TRUST | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |



**Final Claims Register**
Sorted by Claim Number

| CLAIM NO. | FULL NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY | ADMINISTRATIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TEXAS COMPTROLLER OF PUBLIC ACCTS | OFFICE OF THE ATTORNEY GENERAL | COLLECTION DIVISION - BANKRUPTCY SECTION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | 1/25/2016 | ADMINISTRATIVE | EXPUNGED | | | | |
| 2 | DEKALB COUNTY UCO | 774 JORDAN LANE | SUITE 200 | | | DECATUR | GA | 30033 | 1/27/2016 | UNSECURED | EXPUNGED | | | | |
| 3 | GEMSTAR CONSTRUCTION & DEVELOPMENT, INC. | MARK A. CIANCIOSI | 1615 DURFEY LANE 2ND FLOOR | | | KATY | TX | 77449 | 2/4/2016 | UNSECURED | EXPUNGED | | | | |
| 4 | DEPARTMENT OF THE TREASURY - IRS | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 9/22/2014 | UNSECURED | AMENDED | | | | |
| 5 | DEPARTMENT OF THE TREASURY - IRS | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 10/27/2014 | UNSECURED | $0.00 | | $0.00 | | |
| 6 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,050.15 | $2050.15 | | | |
| 7 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $3,345.49 | $3345.49 | | | |
| 8 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $4,377.87 | $4377.87 | | | |
| 9 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $3,354.18 | $3354.18 | | | |
| 10 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,050.15 | $2050.15 | | | |
| 11 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $1,866.24 | $1866.24 | | | |
| 12 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,362.00 | $2362.00 | | | |
| 13 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,460.18 | $2460.18 | | | |
| 14 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $1,809.04 | $1809.04 | | | |
| 15 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $1,241.24 | $1241.24 | | | |
| 16 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,533.06 | $2533.06 | | | |
| 17 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $1,824.03 | $1824.03 | | | |
| 18 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,050.15 | $2050.15 | | | |
| 19 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,425.15 | $2425.15 | | | |
| 20 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,425.15 | $2425.15 | | | |
| 21 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $970.06 | $970.06 | | | |
| 22 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $2,116.92 | $2116.92 | | | |
| 23 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | $1,343.52 | $1343.52 | | | |
| 24 | UNITED ADVERTISING PUBLICATIONS, INC. | D/B/A FOR RENT MAGAZINE | 3303 MONTE VILLA PKWY STE 360 | | | BOTHELL | WA | 98021-4802 | 11/26/2014 | UNSECURED | EXPUNGED | | | | |
| 25 | TEXAS COMPTROLLER OF PUBLIC ACCTS | OFFICE OF THE ATTORNEY GENERAL | COLLECTION DIVISION - BANKRUPTCY SECTION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | 12/8/2014 | PRIORITY | EXPUNGED | | | | |
| 26 | TANNOR PARTNERS CREDIT FUND, LP AS TRANSFEREE OF LANDCO, L.P. | ATTN: ROBERT TANNOR | 555 THEODORE FREMD AVE, SUITE C209 | | | RYE | NY | 10580 | 1/8/2015 | UNSECURED | EXPUNGED | | | | |
| 27 | SOUTH TEXAS SURVEYING ASSOCIATES. INC. | ATTN: FRED LAWTON | 11281 RICHMOND AVE. | BLDG J, STE 101 | | HOUSTON | TX | 77082 | 1/28/2015 | UNSECURED | EXPUNGED | | | | |
| 28 | IMPACT FLOORS OF TEXAS, LP | STEPHEN C. STAPLETON | COWLES & THOMPSON, PC | 901 MAIN STREET, SUITE 3900 | | DALLAS | TX | 75202 | 2/2/2015 | SECURED | $413,040.72 | | $413040.72 | | |
| 29 | LEVITZACKS | 701 B STREET | SUITE 1300 | | | SAN DIEGO | CA | 92101 | 3/4/2015 | UNSECURED | $48,322.12 | $48322.12 | | | |
| 30 | HART WAGNER LLP | 1000 SW BROADWAY | 20TH FLOOR | | | PORTLAND | OR | 97205 | 3/4/2015 | UNSECURED | EXPUNGED | | | | |
| 31 | MHI WIND POWER AMERICAS. INC. | JOSHUA TAYLOR | STEPTOE & JOHNSON LLP | 1330 CONNECTICUT AVE, NW | | WASHINGTON | DC | 20036 | 3/11/2015 | UNSECURED | AMENDED | | | | |
| 32 | GREENBERG TRAURIG, LLP | 1840 CENTURY PARK EAST | SUITE 1900 | | | LOS ANGELES | CA | 90067-2121 | 3/13/2015 | UNSECURED | SATISFIED | | | | |
| 33 | STATE OF DELAWARE, DIVISION OF CORPORATIONS | 401 FEDERAL STREET | SUITE 4 | | | DOVER | DE | 19901 | 3/16/2015 | PRIORITY | $197.26 | | | $197.26 | |
| 34 | CAJUN CAPITAL LLC | 1200 N. EL DORADO PL. SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 35 | TEXAS COMPTROLLER OF PUBLIC ACCTS | OFFICE OF THE ATTORNEY GENERAL | COLLECTION DIVISION - BANKRUPTCY SECTION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | 4/21/2015 | PRIORITY | SATISFIED | | | | |
| 36 | STEPTOE & JOHNSON LLP | JOSHUA TAYLOR | 1330 CONNECTICUT AVE, NW | | | WASHINGTON | DC | 20036 | 5/27/2015 | UNSECURED | EXPUNGED | | | | |
| 37 | CAJUN CAPITAL LLC | 1200 N. EL DORADO PL. SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 38 | CAJUN CAPITAL LLC | 1200 N. EL DORADO PL. SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 39 | CAJUN CAPITAL LLC | 1200 N. EL DORADO PL. SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 40 | CONIX, INC. | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 41 | CONIX, INC. | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 42 | CONIX RESIDENTIAL INVESTMENTS LLC | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 43 | CONIX RESIDENTIAL INVESTMENTS LLC | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 44 | ESCROW MANAGEMENT SERVICES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 45 | ESCROW MANAGEMENT SERVICES, LLC | 1200 N. EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 46 | FIRST FREMONT PROPERTIES, LLC | 1200 N. EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 47 | FIRST FREMONT PROPERTIES, LLC | 1200 N. EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 48 | FIRST MOUNTAIN PROPERTIES, LLC | 1200 N. EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 49 | FIRST MOUNTAIN PROPERTIES, LLC | 1200 N. EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 50 | FORWARD PROGRESS ENTERPRISES LLC | 1200 N. EL DORADO PL., SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 51 | FORWARD PROGRESS ENTERPRISES LLC | 1200 N. EL DORADO PL., SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 52 | FORWARD PROGRESS ENTERPRISES LLC | 1200 N. EL DORADO PL., SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 53 | MVCA, LLC | 1200 N. EL DORADO PL., SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 54 | MVCA, LLC | 1200 N. EL DORADO PL., SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |



**Final Claims Register**
Sorted by Claim Number

| CLAIM NO. | FULL NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY | ADMINISTRATIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | SOBER LUXURY, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 56 | SOBER LUXURY, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 57 | SUI GENERIS WS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 58 | SUI GENERIS WS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 59 | VARIANT MANAGEMENT COMPANY LLC | 1200 N. EL DORADO PL, SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 60 | VARIANT MANAGEMENT COMPANY LLC | 1200 N. EL DORADO PL, SUITE G-700 | | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 61 | WALKERS DREAM TRUST | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 62 | WALKERS DREAM TRUST | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 63 | PECAN CROSSING APARTMENTS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 64 | PECAN CROSSING APARTMENTS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 65 | REMINGTON OAKS APARTMENTS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 66 | REMINGTON OAKS APARTMENTS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 3/31/2015 | UNSECURED | EXPUNGED | | | | |
| 67 | IMH FINANCIAL CORPORATION, ROYAL MULTIFAMILY VENTURES 2013-1, LLC,& ROYAL MULTIFAMILY PROMOTE 2013-1, LLC | CHRISTOPHER H. BAYLEY | SNELL & WILMER LLP | ONE ARIZONA CENTER | 400 EAST VAN BUREN STREET, SUITE 1900 | PHOENIX | AZ | 85004-2205 | 3/17/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 68 | HEATLEY-CONIX MULTIFAMILY, LLC | JASON T. RODRIGUEZ | HIGIER ALLEN & LAUTIN, PC | 2711 N HASKELL AVE STE 2400 | | DALLAS | TX | 75204-2926 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 69 | SNOWDON PARTNERS PROPERTIES 16, LLC, ET AL | STUART M. BROWN, ESQ. | DLA PIPER, LLP (US) | 1201 N. MARKET STREET, SUITE 2100 | | WILMINGTON | DE | 19801 | 3/17/2015 | UNSECURED | $11,700,000.00 | $11700000.00 | | | |
| 70 | CONIX ENTERPRISES, INC. | 1200 N. EL DORADO PL., STE G-700 | | | | TUCSON | AZ | 85715 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 71 | CONIX ENTERPRISES, INC. | 1200 N. EL DORADO PL., STE G-700 | | | | TUCSON | AZ | 85715 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 72 | COMMERCIAL GROUP, LLC | C/O PATRICK C. MAXCY | DENTONS US LLP | 233 S WACKER DR., STE 7800 | | CHICAGO | IL | 60606 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 73 | NASH CAPITAL, LLC | 7514 GIRARD AVENUE | SUITE 1135 | | | LA JOLLA | CA | 92037 | 3/17/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 74 | NASH CAPITAL, LLC | 7514 GIRARD AVENUE | SUITE 1135 | | | LA JOLLA | CA | 92037 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 75 | GREENBACK CUTTHROAT, LLC | 7514 GIRARD AVENUE | SUITE 1135 | | | LA JOLLA | CA | 92037 | 3/17/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 76 | GREENBACK CUTTHROAT, LLC | 7514 GIRARD AVENUE | SUITE 1135 | | | LA JOLLA | CA | 92037 | 3/17/2015 | UNSECURED | EXPUNGED | | | | |
| 77 | CONIX RESIDENTIAL INVESTMENTS LLC | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 3/30/2015 | UNSECURED | EXPUNGED | | | | |
| 78 | CANON DEL PAJARO, LLC | DAVID JECK | 6191 N. CANON DEL PAJARO | | | TUCSON | AZ | 85750 | 7/1/2015 | UNSECURED | $50,000.00 | $50000.00 | | | |
| 79 | SUI GENERIS WS, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 80 | CONIX ENTERPRISES LLC | C/O JOHN D. MCLAUGHLIN, JR. | 333 S. GRAND AVE., STE. 4070 | | | LOS ANGELES | CA | 90071-1544 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 81 | CONIX RESIDENTIAL WORKING CAPITAL, LLC | 333 S. GRAND AVE, STE 4070 | | | | LOS ANGELES | CA | 90071-1544 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 82 | FIRST ALVERNON PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 83 | FIRST BROADWAY PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 84 | KATHRYN NIGHSWANDER (NEE GETTEL) | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 85 | COURTLAND GETTEL | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 86 | FIRST CONGRESS PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 87 | FIRST CONGRESS PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 88 | FIRST DELAWARE PROPERTIES, LC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 89 | FIRST EUCLID PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 90 | FIRST FREMONT PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 91 | FIRST GLENN PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 92 | FIRST HARRISON PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 93 | FIRST INA PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 94 | GETIEL CHILDRENS TRUST 2 | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 95 | GETIEL CHILDREN'S TRUST 3 | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 96 | GETIEL CHILDREN'S TRUST | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 97 | FIRST DOUGLAS PROPERTIES, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 98 | HOLY CANOLI, LLC | C/O JOHN FINA | 6128 SAN BERNARDINO | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 99 | NC STORAGE, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 100 | NUMERIC COMMERCIAL INVESTMENTS, LLC | 1200 N. EL DORADO PL., STE G-700 | | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 101 | OAK CAPITAL, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 102 | STEEL CAPITAL, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 103 | TOWN CAPITAL, l, LLC | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | EXPUNGED | | | | |
| 104 | WALKERS DREAM TRUST | 1200 N EL DORADO PL | STE G-700 | | | TUCSON | AZ | 85715 | 10/20/2015 | UNSECURED | UNLIQUIDATED | | | | |
| 105 | GEMSTAR CONSTRUCTION & DEVELOPMENT, INC. | MARK A. CIANCIOSI | 1614 DURFEY LANE 2ND FLOOR | | | KATY | TX | 77449 | 3/9/2016 | UNSECURED | EXPUNGED | | | | |
| 106 | MORRISON & HEAD, LP | 4210 SPICEWOOD SPRINGS RD, STE 211 | | | | AUSTIN | TX | 78759 | 3/16/2016 | PRIORITY | EXPUNGED | | | | |
| 107 | ARTDALE INC. DBA SPARTAN SERVICES | HOWARD L. STOMEL | 3100 RICHMOND AVE, STE 309 | | | HOUSTON | TX | 77098 | 3/18/2016 | UNSECURED | EXPUNGED | | | | |
| 109 | SOUTH TEXAS SURVEYING ASSOCIATES, INC. | ATTN: FRED LAWTON | 11281 RICHMOND AVE. | BLDG J, STE 101 | | HOUSTON | TX | 77082 | 3/21/2016 | UNSECURED | EXPUNGED | | | | |
| 110 | TINO'S CARPET CARE | C/O THE GBENJO LAW GROUP | 9009 BISSONNET | | | HOUSTON | TX | 77074 | 4/4/2016 | PRIORITY | DEBTOR MODIFIED - CLAIM MOVED TO DIFFERENT DEBTOR | | | | |
| 112 | CITY OF ARLINGTON, TEXAS | CITY ATTORNEY'S OFFICE | PO BOX 90231 | | | ARLINGTON | TX | 76004-3231 | 4/14/2016 | UNSECURED | EXPUNGED | | | | |
| 113 | TEXAS COMPTROLLER OF PUBLIC ACCTS | C/O OFFICE OF THE ATTORNEY GENERAL - BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548, MC-008 | | | AUSTIN | TX | 78711 | 4/18/2016 | UNSECURED, PRIORITY | EXPUNGED | | | | |
| 114 | CITY OF ARLINGTON, TEXAS | CITY ATTORNEY'S OFFICE | PO BOX 90231 | | | ARLINGTON | TX | 76004-3231 | 4/25/2016 | UNSECURED, SECURED | EXPUNGED | | | | |
| 115 | CITY OF ARLINGTON, TEXAS | CITY ATTORNEY'S OFFICE | PO BOX 90231 | | | ARLINGTON | TX | 76004-3231 | 4/25/2016 | UNSECURED, SECURED | EXPUNGED | | | | |
| 116 | HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 200 | SCHWARTZ, PAGE & HARDING, LLP | 1300 POST OAK BLVD., SUITE 1400 | | | HOUSTON | TX | 77056 | 5/9/2016 | UNSECURED | EXPUNGED | | | | |
| 117 | TEXAS COMPTROLLER OF PUBLIC ACCTS | OFFICE OF THE ATTORNEY GENERAL | COLLECTION DIVISION - BANKRUPTCY SECTION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | 5/26/2016 | ADMINISTRATIVE | $8,862.00 | | | | $8862.00 |



**Final Claims Register**
Sorted by Claim Number

| CLAIM NO. | FULL NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY | ADMINISTRATIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | TEXAS COMPTROLLER OF PUBLIC ACCTS | C/O OFFICE OF THE ATTORNEY GENERAL - BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548, MC-008 | | | AUSTIN | TX | 78711 | 5/31/2016 | UNSECURED, PRIORITY | EXPUNGED | | | | |
| 119 | FEDEX CORPORATE SERVICES INC. | FEDEX CORPORATE SERVICES INC. AS ASSIGNEE OF FEDEX EXPRESS/GROUND/FREIGHT/OFFICE | 3965 AIRWAYS BLVD. MODULE G, 3RD FLOOR | | | MEMPHIS | TN | 38116-5017 | 1/3/2017 | UNSECURED | $1,818.74 | $1818.74 | | | |
| 120 | REBECCA ANN WILLIAMS | 4242 WILSHIRE BLVD | | | | DALLAS | TX | 75241 | 7/24/2017 | UNSECURED | $5,706.40 | $5706.40 | | | |