**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VARIANT HOLDING COMPANY, LLC, et al.,[1] | ) | Case No. 14-12021 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**APPROVED STANDARD FORM 135 REGARDING ARCHIVED PROOFS OF CLAIM**

PT-578-2018-0225   7-19-18

| RECORDS TRANSMITTAL AND RECEIPT | Complete and send original and one copy of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse. | PAGE 1 OF |
|---|---|---|

| 1 | TO | (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.)<br>FRC-Philadelphia<br>14470 Townsend Road<br>Philadelphia, Pennsylvania 19154-1025 | 5 FROM (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address.)<br><br>U.S Bankruptcy Court<br>District of Delaware<br>824 N. Mark Street, 3rd Floor<br>Wilmington, DE 19801 |
|---|---|---|---|
| 2 | AGENCY TRANSFER AUTHORIZATION | TRANSFERRING AGENCY OFFICIAL (signature and title)<br>Anthony Kelly | DATE |
| 3 | AGENCY CONTACT | TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No)<br>Anthony Kelly, 302-252-3653 | |
| 4 | RECORDS CENTER RECEIPT | RECORDS RECEIVED BY (Signature and Title) | DATE |

6    RECORDS DATA

| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSAL AUTHORITY (schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | FY | NUMBER | | | | | | | LOCATION | SHELF PLAN | CONT. TYPE | AUTO. DISP. |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) |
| 578 | 2018 | 0225<br><br>0225 | 2 | 2 | UW<br>Proofs of Claims<br>In re: Variant Holding Company, LLC et., al.<br>Case No. 14-12021 (BLS)<br><br>Inclusive Start Date:<br>08/28/2014<br><br>Inclusive End Date:<br>06/05/2018 | | DC2/A15A | 10/1/2038 | | | | |

NSN 7540-00-634-4093    PT-578-2018-0225    135-107

Standard Form 135 (Rev. 7-85)
Prescribed by NARA
36 CFR 1228.152